Jeffrey S. Pope (Wyo. State Bar # 7-4859)
Kasey J. Schlueter (Wyo. State Bar # 8-6521)
HOLLAND & HART LLP
2515 Warren Avenue, Suite 450
P.O. Box 1347
Cheyenne, WY 82003-1347
Telephone: 307.778.4200
jspope@hollandhart.com
kjschlueter@hollandhart.com

ATTORNEYS FOR PLAINTIFFS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| MO POW 3, LLC and MO POW 4, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>Crypto Infiniti LLC,<br><br>    Defendant. | Civil Action No. _____ |

## PRECIPE

TO THE CLERK OF SAID COURT:

Please issue Summonses in the above-entitled cause for:

    Jinwei Zhang
    Registered Agent for Crypto Infiniti LLC
    200 S. Virginia, 8th Floor
    Reno, NV 89501

DATED:  July 18, 2022.

                                                                                   */s/ Jeffrey S. Pope*
Jeffrey S. Pope (Wyo. State Bar # 7-4859)
Kasey J. Schlueter (Wyo. State Bar # 8-6521)
HOLLAND & HART LLP
2515 Warren Avenue, Suite 450
P.O. Box 1347
Cheyenne, WY 82003-1347
Telephone:  307.778.4200
Fax:  307.778.8175
jspope@hollandhart.com
kjschlueter@hollandhart.com

ATTORNEYS FOR PLAINTIFFS
MO POW 3, LLC and MO POW 4, LLC

19247434_v1

2