UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| Mo Pow 3, LLC, et al.<br><br>  Plaintiff<br>v.<br><br>Crypto Infiniti LLC,<br><br>  Defendant | Case No.:22-cv-155-SWS |

## AFFIDAVIT OF CORPORATE SERVICE

**John Doe - Clerk**, a person of suitable age and discretion, of the office of Jinwei Zhang, registered agent for Crypto Infiniti LLC, at the registered address of:

That on 7/21/2022 at 2:02 PM at 200 S Virginia St Fl 8, Reno, NV 895012403 I served Crypto Infiniti LLC with the following list of documents: SUMMONS; COMPLAINT; by then and there personally delivering a true and correct copy of the documents into the hands of and leaving with John Doe whose title is Clerk.

That the description of the person actually served is as follows: Gender: Male Skin: Caucasian Age: 41 - 45 Height: 5'7 - 6'0 Weight: 161-180 Lbs Hair: Brown Eyes:  Marks:

Server Report: John accepted documents.

State of Nevada
County of Washoe

Subscribed and sworn before me on 22nd day of July, 2022 by Michelle Renea Harris

Samantha Farmer
Notary Public
My Commision expires on: 3/9/2024

SAMANTHA LYNN FARMER
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 20-5532-02 - Expires March 9, 2024

Michelle Renea Harris
Registration#: R-2019-09792
Reno Carson Messenger Service, Inc
185 Martin St.
Reno, NV 89509

Order #:R141268

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Crypto Infiniti LLC__

was received by me on *(date)* __July 21, 2022__ .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __John Doe, Clerk__, who is designated by law to accept service of process on behalf of *(name of organization)* __Crypto Infiniti LLC__ on *(date)* __7/21/22__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __7/22/22__

_____
Server's signature

__Michelle Harris__
Printed name and title

__185 Martin Street Reno, NV 89509__
Server's address

Additional information regarding attempted service, etc: