Jeffrey S. Pope (Wyo. State Bar # 7-4859)
Kasey J. Schlueter (Wyo. State Bar # 8-6521)
HOLLAND & HART LLP
2515 Warren Avenue, Suite 450
P.O. Box 1347
Cheyenne, WY 82003-1347
Telephone: 307.778.4200
jspope@hollandhart.com
kjschlueter@hollandhart.com

ATTORNEYS FOR PLAINTIFFS
MO POW 3, LLC AND MO POW 4, LLC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| MO POW 3, LLC and MO POW 4, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> Crypto Infiniti LLC, <br><br> Defendant. | Civil Action No. 22-CV-155-SWS |

**PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Plaintiffs make the following disclosure through their undersigned counsel:

Plaintiff MO POW 3, LLC is a Wyoming limited liability company, and states that the sole member of MO POW 3, LLC is Amalgamated Energy Assets, LLC.

Plaintiff MO POW 4, LLC is a Wyoming limited liability company, and states that the sole member of MO POW 4, LLC is Amalgamated Energy Assets, LLC.

No publicly held corporation owns 10% or more of the stock of either MO POW 3, LLC or MO POW 4, LLC.

DATED: August 3, 2022.

*/s/ Jeffrey S. Pope*
Jeffrey S. Pope (Wyo. State Bar # 7-4859)
Kasey J. Schlueter (Wyo. State Bar # 8-6521)
HOLLAND & HART LLP
2515 Warren Avenue, Suite 450
P.O. Box 1347
Cheyenne, WY 82003-1347
Telephone: 307.778.4200
jspope@hollandhart.com
kjschlueter@hollandhart.com

ATTORNEYS FOR PLAINTIFFS
MO POW 3, LLC and MO POW 4, LLC

19426891_v1