# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| MO POW 3, LLC and MO POW 4, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> Crypto Infiniti LLC, <br><br> Defendant. | Civil Action No. 22-CV-155-SWS |

## ACCEPTANCE OF SERVICE OF SUMMONS AND AMENDED COMPLAINT

I, Tyler Garrett of Hathaway & Kunz LLP, on behalf of Defendant Crypto Infiniti LLC, is authorized and accepts service of the Amended Complaint [ECF DOC 7] in this action as if service had been personally made upon Defendant Crypto Infiniti LLC as of this date and, in by doing so, Defendant Crypto Infiniti LLC waives any defects in or objections to service of process only of the Amended Complaint [ECF DOC 7]. In this regard, I understand that Defendant Crypto Infiniti LLC will keep all defenses or objections to the lawsuit, the court's jurisdiction (personal and subject matter), and the venue of the action.

Defendant Crypto Infiniti LLC agrees to serve and file its Answer or other pleading responsive to the Amended Complaint [ECF DOC 7] within twenty-one (21) days from the date of this Acceptance of Service. Plaintiffs MO POW 3, LLC and MO POW 4, LLC have agreed that Defendant Crypto Infiniti LLC will serve and file its Answer or other pleading responsive to the Amended Complaint [ECF DOC 7] within twenty-one (21) days from the date of this Acceptance of Service, despite Rule 15 of the Federal Rules of Civil Procedure setting forth fourteen (14) days to file an answer or other pleading responsive to an amended complaint.

DATED: August 8, 2022.

                                                                Defendant Crypto Infiniti LLC

*/s/ Tyler J. Garrett*

Tyler J. Garrett
Hathaway & Kunz, LLP
2515 Warren Avenue, Suite 500
P.O. Box 1208
Cheyenne, WY 82001
Telephone: 307.634.7723
tgarrett@hkwyolaw.com

19457216_v1