AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

| | | |
|---|---|---|
| MO POW 3, LLC and MO POW 4, LLC, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 22-CV-00155-SWS |
| CRYPTO INFINITY LLC, | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

CRYPTO INFINITY LLC.

Date: 08/29/2022

*Attorney's signature*

Tyler J. Garrett, WSB #6-4400
*Printed name and bar number*

HATHAWAY & KUNZ, LLP
P. O. Box 1208
Cheyenne, WY 82003-1208
*Address*

tgarrett@hkwyolaw.com
*E-mail address*

(307) 634-7723
*Telephone number*

(307) 634-0985
*FAX number*