AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

| | | |
|---|---|---|
| MO POW 3, LLC and MO POW 4, LLC, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 22-CV-00155-SWS |
| CRYPTO INFINITY LLC, | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

CRYPTO INFINITY LLC.

Date:   08/29/2022

*Attorney's signature*

Melissa K. Burke, WSB #7-5694
*Printed name and bar number*

HATHAWAY & KUNZ, LLP
P. O. Box 1208
Cheyenne, WY  82003-1208

*Address*

mburke@hkwyolaw.com
*E-mail address*

(307) 634-7723
*Telephone number*

(307) 634-0985
*FAX number*