Matthew D. Kaufman, WSB #6-3960
Tyler J. Garrett, WSB #6-4400
Melissa K. Burke, WSB #7-5694
HATHAWAY & KUNZ, LLP
P. O. Box 1208
Cheyenne, WY  82003-1208
(307) 634-7723
(307) 634-0985 (fax)
mkaufman@hkwyolaw.com
tgarrett@hkwyolaw.com
mburke@hkwyolaw.com

ATTORNEYS FOR DEFENDANT

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| MO POW 3, LLC and MO POW 4, LLC, | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) )  Civil Action No. 1:22-CV-00155-SWS |
| CRYPTO INFINITI LLC, | ) ) ) |
| Defendant. | ) ) |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO F.R.C.P. 12(b)(6)**

COMES NOW Defendant, Crypto Infiniti LLC, by and through undersigned counsel, and hereby requests that this Court dismiss Claims I, III, IV, and V in Plaintiffs' First Amended Complaint, with prejudice, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Pursuant to Local Rule 7.1(b)(2)(A), Defendant is concurrently filing a *Memorandum in Support of Defendant's Motion to Dismiss*, with supporting evidence, which is incorporated herein by reference and sets out more fully the grounds for the relief requested.

**WHEREFORE,** for the reasons stated in *Defendant's Memorandum in Support of Motion to Dismiss*, the Court should grant Defendant's Motion to Dismiss Claims I, III, IV, and V in Plaintiffs' First Amended Complaint pursuant to F.R.C.P. 12(b)(6) with prejudice.

**DATED** this 29th day of August, 2022.

            HATHAWAY & KUNZ, LLP,

            By: */s/ Melissa K. Burke*
              Matthew D. Kaufman, WSB #6-3960
              Tyler J. Garrett, WSB #6-4400
              Melissa K. Burke, WSB #7-5694
              Hathaway & Kunz, LLP
              2515 Warren Ave. Ste 500
              P.O. Box 1208
              Cheyenne, WY 82003
              Phone: 307-634-7723
              Fax: 307-634-0985

              ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

This is to certify that on the 29th day of August, 2022, a true and correct copy of the foregoing was served upon counsel as follows:

| | |
|---|---|
| Jeffrey S. Pope | [✓] EM/ECF/Electronic Filing |
| Kasey J. Schlueter | [ ] U.S. Mail |
| Holland & Hart, LLP | [ ] Fax: |
| 2515 Warren Avenue, Suite 450 | [ ] E-mail |
| P.O. Box 1347 | |
| Cheyenne, WY 82003-1347 | |

*Attorneys for Plaintiffs*

              */s/ Candice Hough*
              Hathaway & Kunz, LLP