# EXHIBIT A

EDR No. 012

## ECONOMIC DEVELOPMENT RIDER AGREEMENT

On the date last written below, City Utilities of Springfield, Missouri ("City Utilities") and Mo Pow 3, LLC ("Customer") agree as follows:

1. City Utilities has adopted an Optional Rider D, Community Economic Development ("Rider D") that allows electric rate discounts under certain conditions. Customer intends to add new electric load to be served by City Utilities that Customer anticipates will qualify it for electric rate discounts under Rider D.

2. Customer agrees to receive, and City Utilities agrees to provide electric service to the Customer under Rider D and pursuant to all other rules, regulations, and policies of City Utilities in effect at the time of service, provided that Customer meets all conditions of Rider D.

3. Service to the Customer's new load, located at the western edge of CU's Main and Phelps Substation / Substation property, shall be pursuant to Rider D and all other applicable rules, regulations, and policies of City Utilities in effect at the time of service.

4. The new load to be added by Customer is as follows: Mo Pow 3, LLC will conduct crypto-currency mining. The cryptocurrency created by this process will belong to the ownership group. Mo Pow 3 will place 5 – 6 containers, each with a 2-3MW capacity. They will be a primary metered customer and will reach their estimated 95-97% load factor shortly after initiation of electric service. They will be an interruptible rate customer. There load usage will not be seasonal.

5. The Base Period as defined in Rider D shall not apply as this is a new customer who has not had any previous customer account with City Utilities.

6. The parties agree that the Operational Date will be when work is completed to connect the containers, already located at Substation, to CU distribution electric. This is estimated to be completed no later than July 31, 2022. Within 14 days of the date that the parties agree that the Operational Date has been met, they will sign a Certification of Operational Date in the form shown in the attached Exhibit A.

7. Customer shall not assign this Agreement without the prior written consent of City Utilities, which shall not be unreasonably withheld or delayed.

8. This Agreement shall be governed by Missouri law. The venue for all actions arising out of this Agreement shall be the state and federal courts located in Greene County, Missouri.

9. This Agreement shall begin on the date it is signed and shall end when Customer is no longer eligible to receive discounts under Rider D for the new load described herein.

DocuSign Envelope ID: 3A927B8A-E444-4955-BA93-A11E8142EE19

In Witness Whereof, the parties have signed this Agreement on the date last written below.

_____  
Gary Gibson, President / CEO

_____  
Approved by Legal

Date: 3/23/2022

_____  
Lessee: Thomas D. Guel

Date: 3/18/2022