**FILED**



1:44 pm, 8/30/22

**Margaret Botkins
Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

Mo Pow 3, LLC, et al.,

                Plaintiffs,

vs.

                Case Number: 22-cv-155-SWS

Crypto Infiniti LLC,

                Defendant.

## STIPULATION OF CONSENT TO TRIAL BEFORE UNITED STATES MAGISTRATE JUDGE ENTRY OF FINAL JUDGMENT BY UNITED STATES MAGISTRATE AND CONSENT TO APPEAL TO UNITED STATES COURT OF APPEALS

The undersigned parties, by and through their attorneys, are fully aware of the right to trial of the captioned proceeding before a Judge of the United States District Court for this District and do hereby specifically waive trial before the District Judge and consent to non-jury trial before a United States Magistrate Judge and specifically authorize entry of final judgment by the United States Magistrate Judge, pursuant to 28 U.S.C. 636(c), Fed.R.Civ.P. 73.

Jeff Pope, WSB #7-4859
Holland & Hart, LLP
2515 Warren Ave, Ste 450
Cheyenne, WY 82009
_/s/ Jeff Pope_
Plaintiff(s)

Melissa Burke, WSB # 7-5694
Hathaway & Kunz, LLP
2515 Warren Ave., Suite 500
Cheyenne, WY 82003
_/s/ Melissa Burke_
Defendant(s)

After completing this form, counsel are required to e-mail it to: consents@wyd.uscourts.gov. Alternatively, the form may be mailed to the following address: U.S. District Court, 2120 Capitol Avenue, Room 2131, Attention: Consent Clerk, Cheyenne, Wyoming 82001. **Do not e-file this document!**