FILED



2:45 pm, 8/30/22

**Margaret Botkins
Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| MO POW 3 LLC, a Wyoming limited liability company and MO POW 4 LLC, a Wyoming limited liability company<br><br>                                    Plaintiff,<br><br>vs.<br><br>CRYPTO INFINITI LLC, a Nevada limited liability company<br><br>                                    Defendant. | Case Number: 22-CV-155-KHR |

## ORDER OF REASSIGNMENT

IT IS THEREFORE ORDERED that the above case is hereby reassigned from the Honorable Scott W. Skavdahl, Chief United States District Judge to the Honorable Kelly H. Rankin, Chief United States Magistrate Judge as pursuant to 28 U.S.C. §636(c) Fed.R.Civ.P. 73.  The reassignment was completed through the direct assignment process.  Please use case number 22-CV-155-KHR for all future case filings.

Dated this 30th day of August, 2022.

Scott W. Skavdahl
Chief United States District Judge