Matthew D. Kaufman, WSB #6-3960
Tyler J. Garrett, WSB #6-4400
Melissa K. Burke, WSB #7-5694
HATHAWAY & KUNZ, LLP
P. O. Box 1208
Cheyenne, WY  82003-1208
(307) 634-7723
(307) 634-0985 (fax)
mkaufman@hkwyolaw.com
tgarrett@hkwyolaw.com
mburke@hkwyolaw.com

ATTORNEYS FOR DEFENDANT

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| MO POW 3, LLC and MO POW 4, LLC, | ) |
| Plaintiffs, | ) |
| vs. | ) Civil Action No. 1:22-CV-00155-SWS |
| CRYPTO INFINITI LLC, | ) |
| Defendant. | ) |

**DEFENDANT'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO ANSWER**

COMES NOW Defendant, Crypto Infiniti LLC, by and through undersigned counsel, and pursuant to F.R.C.P. 6.1(d) & (e) moves for a 10-day extension of time within which to answer *Plaintiffs' Amended Complaint*.  In support of this Motion, Defendant states as follows:

1. Plaintiffs filed their *Amended Complaint* [ECF DOC 7] on August 8, 2022.

2. Defendant accepted service of the *Amended Complaint* [ECF DOC 8] on August 9, 2022.

3. Defendant filed its *Motion to Dismiss Plaintiffs' Complaint* [ECF DOC 13] on August 29, 2022.

4.  The Court entered its *Order Granting in Part and Denying in Part Defendant's Motion to Dismiss* [ECF DOC 18] on October 18, 2022.

5.  Pursuant to F.R.C.P. 12(a)(4), Defendant's Answer to *Plaintiffs' Amended Complaint* is due on November 1, 2022.

6.  Counsel for Defendant needs additional to prepare the Answer and assess potential counterclaims.

7.  The requested extension will not conflict with any scheduling or other order of the Court.

8.  Counsel for Defendant has conferred with counsel for Plaintiffs' counsel. Counsel for Plaintiff does not oppose a 10-day extension.

WHEREFORE, Defendant requests that the Court enter an Order granting a 10-day extension from November 1, 2022 within which to answer Plaintiffs' Amended Complaint. Such extension, if granted, would result in an answer or other response date for Defendant of November 11, 2022.

**DATED** this 26th day of October, 2022.

        HATHAWAY & KUNZ, LLP,

        By: */s/ Tyler Garrett*
            Matthew D. Kaufman, WSB #6-3960
            Tyler J. Garrett, WSB #6-4400
            Melissa K. Burke, WSB #7-5694
            Hathaway & Kunz, LLP
            2515 Warren Ave. Ste 500
            P.O. Box 1208
            Cheyenne, WY 82003
            Phone: 307-634-7723
            Fax: 307-634-0985

        ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

This is to certify that on the 26th day of October, 2022, a true and correct copy of the foregoing was served upon counsel as follows:

Jeffrey S. Pope                          [ ✓ ] EM/ECF/Electronic Filing
Kasey J. Schlueter                     [   ] U.S. Mail
Holland & Hart, LLP                  [   ] Fax:
2515 Warren Avenue, Suite 450      [   ] E-mail
P.O. Box 1347
Cheyenne, WY 82003-1347

*Attorneys for Plaintiffs*

                                                          */s/ Candice Hough*
                                                          Hathaway & Kunz, LLP