FILED
1:37 pm, 10/27/22
U.S. Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| MO POW 3, LLC and MO POW 4, LLC, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> CRYPTO INFINITI LLC, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 1:22-CV-00155-SWS |

## ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO ANSWER

THIS MATTER having come before the Court on the *Unopposed Motion for Extension of Time to Answer* filed by Defendant, and the Court having considered the Motion and finding good cause therefore, finds that the Motion should be and the same is hereby granted.

IT IS ORDERED that the Defendant shall have up to and including November 11, 2022, within which to answer or otherwise plead to Plaintiffs' Amended Complaint.

DATED this 27th day of October, 2022.

_____
KELLY H. RANKIN
UNITED STATES MAGISTRATE JUDGE