# Exhibit C



数额
-10 USDC

⊘ 提现成功

| | |
|---|---|
| Redacted | |
| 手续费 | 8 USDC |
| 时间 | 2022-05-27 11:49:42 |

提币尚未到账？  >