# Exhibit D

Redacted

数量
**−1,999,990 USDC**

⊘ 提现成功



| | |
|---|---|
| 手续费 | 6.3417459 USDC |
| 时间 | 2022-05-28 18:53:58 |

提币尚未到账?  >