# Exhibit F

| | |
|---|---|
| **From:** | Thomas Guel |
| **To:** | jinwei@cryptoinfiniti.com |
| **Subject:** | Bill of Laden and Permit Status |
| **Date:** | Friday, June 17, 2022 2:42:27 PM |
| **Attachments:** | Mobile Data Center Electrical Service - Project and Permit Status Report.pdf |
| | Bill_of_lading_-_34812588.pdf |

Helene,

Here is the Bill of Laden and the permit status. In the permit status document, all is approved except for electric and the due date for that approval is the 21st of June or Tuesday. The disapproval was at a preliminary stage and has been corrected so all we are waiting for is the final approval on Tuesday.

Thomas D Guel
Pangaea Global Management, Inc
TGuel@PangaeaGM. Com
(630)800-9634


Confidentiality Notice. This message and any attachments may contain confidential, proprietary, privileged and/or private information and is intended for the use of the individual(s) or an entity to whom it is addressed. If you are not an intended recipient of this message, please notify the sender immediately and delete the message and any attachments. Any disclosure, reproduction, distribution or other use of this message or any attachments by an individual or an entity other than the intended recipients is prohibited.

# Project and Permit Status Report

## Project Information:

| Project Number | Name | Address | Description | Occupancy Type | Work Type |
|---|---|---|---|---|---|
| PRJ2022-01142 | Mobile Data Center Electrical Service | 400 N MAIN AVE | The project consists of providing | Comm | MEPG |

| Application Received Date | Plans Approved Date | Project Final Date | COO Issued Date | Project Milestone | Project Status |
|---|---|---|---|---|---|
| 05/31/2022 | | | | PDox Under Plans Review | Open |

## Project Breakdown and Related Permits:

| Parent Permit | Child Permit | Work Type | Milestone | Permit Status | Date Issued | Unpaid Fees | Paid Fees | Site Permit Y/N | Description | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| PRJ2022-01142 | ELE2022-00783 | MEPG | Collect Fees | Open | | $166.00 | $0.00 | N | The project consists of | |

## Permits on Hold:

| Being Held | Appling Hold | Hold Status | Hold Description | Hold Comments |
|---|---|---|---|---|

# Project and Permit Status Report

## Project Reviews:

| Review Cycle | Review Type | Description | Result | Started Date | Completed Date | Completed By | Due Date | Comments |
|---|---|---|---|---|---|---|---|---|
| 1 | Intake | Intake Review | PDox | 05/31/2022 | 05/31/2022 | LJUSTICE | | |
| 1 | RevComp | PDox Review Complete | | | | | | |
| 1 | PreScreen | PreScreen Uploaded Plans | Disapprove | 06/02/2022 | 06/02/2022 | BGONZALEZ | | I don't see the codes with year, please add. Please keep the file name the same so it will version correctly. |
| 2 | PreScreen | PreScreen Uploaded Plans | Approved | 06/07/2022 | 06/07/2022 | BGONZALEZ | | |
| 1 | BDS | Plan Review - Building Development Services | Approved | 06/07/2022 | 06/07/2022 | KEFOSTER | 06/21/2022 | No additional comments. |
| 1 | CUDevSvcs | Plan Review - CU Developer Services | Approved | 06/07/2022 | 06/07/2022 | PDOX | 06/21/2022 | Please see CU Electric & Gas/Water comments. |
| 1 | CUElec | Plan Review - CU Electrical | | 06/15/2022 | | | 06/21/2022 | |
| 1 | CUGasWtr | Plan Review - CU Gas / Water | Approved | 06/07/2022 | 06/17/2022 | PDOX | 06/21/2022 | no CU gas or water work required |

## Infrastructure Requirement Comments:

| Page 1 of 1<br>Jun 17, 2022 | BOL #<br>31469-09305-1 | Bill of Lading | PO # | Shipment ID<br>31469-09305 |
|---|---|---|---|---|



6900 E Camelback Rdâ¨, Suite 1100, Scottsdale, AZ 85251
P: (480) 658-0377 • • F: (480) 658-0376 • • E: info@neon-logistics.com

## Shipper

MARS TRANSFORMERS LLC
4155 S Main St
Pearland, TX, 77581
Pickup #
Pickup: Jun 20, 2022 • 9 AM
12 + CHAINS - BINDER/COME ALONGS REQUIRED

## Consignee

Chuck Ciancanelli
5501 E Farm Rd 112
Strafford, MO, 65757
Delivery #
Delivery: Jun 22, 2022 • 8 AM
GATE OPENS AT 7:00 AM, CRANE WILL BE ON SITE AT 8:00 AM

**Special Instructions**

## Carrier

Neritrans Corp

## Bill to Neon Logistics

7154 East Stetson Drive, Suite 200, Scottsdale, AZ, 85251
E: ar@neon-logistics.com

**Items**

| | | | |
|---|---|---|---|
| TRANSFORMERS | | 3 Units | 45,000 lb<br>93.4"X 79.1"X79.9" |
| **Total - 1 items** | | | **45,000 lb** |

### TERMS AND CONDITIONS

Where the rate is dependent upon value, Shipper is required to state specifically in writing the agreed or declared value of the shipment. Shipper warrants that the actual value of the property does not exceed the agreed or stated value.

Liability loss or damage to this shipment, as applicable, is governed by the Uniform Bill of Lading Terms and Conditions and 49 USC §14706 (C)(1)(a) and (b). Shipment is accepted and received subject to the specific rate or contract agreed upon between the carrier and shipper with reference to this shipment.

In accordance with Section 7, delivery of shipment depends upon payment of charges and all lawful fees.

---

This is to certify that the above named materials are classified, marked and labeled and are in proper condition for transportation according to the applicable regulations of the DOT.

Carrier acknowledges receipt of packages and required placards.Carrier certifies emergency response information was made available and/or carrier has DOT emergency response guidebook or equivalent documentation in the vehicle.Property described about is received in good order, except as noted.

| Shipper Signature | Date | Carrier/driver Signature | Date |
|---|---|---|---|

Received subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise the rates, classifications and rules available to the shipper, on request and to all applicable state and federal regulations.

| Consignee Signature | Date |
|---|---|