# Exhibit G

## LEGAL NOTICE // MO POW 3 & 4 LLC

**JO** jordan.collins@tkoenergy.net
Fri, 24 Jun 2022 4:02:54 PM -0700 •

To "Jinwei Zhang" <jinwei@cryptoinfiniti.com>, "Thomas Guel" <TGuel@PangaeaGM.com>

Tags [ Forwarded ]

---

Dear Helene,

I hope you are well. I am reaching out to you regarding the Hosting Services Agreements (HSA) signed between Crypto Infiniti, LLC (CI) and MO POW 3 & 4, LLC on May 26, 2022.

Unfortunately, as of the time of this email, Mr. Guel informed me that he has not received $3,066,000 down payment due upon signing MO POW 4's Hosting Agreement. (HSA Section 2.1 and Section 2(A) of Exhibit A).

Failing to provide the initial down payment provided MO POW 4 with grounds for termination after June 6, 2022 – 10 days after the down payment was due (May 26, 2022) pursuant to HSA Section 3.3(B).

As such, my client reserves the right to honor the HSA's executed between my client and CI but has no legal obligation to do so.

Having laid out the situation from a legal perspective, there is no desire to maintain an adversarial position given the time and effort expended by both parties. My client's intent remains to foster a long-term, productive, and profitable relationship with Crypto Infiniti while expeditiously remedying the matter of non-payment.

I look forward to resolving this matter amicably in the spirit of cooperation. Let me know when you would like to continue the conversation.

As a formality, this email serves as written notice required by both MO POW 3 and MO POW 4 HSA Section 7.10.

Sincerely,

Jordan Collins
Attorney at Law

Cell: 202.285.1477
email: jordan.collins@tkoenergy.net

**Confidentiality Notice.** This message and any attachments may contain confidential, proprietary, privileged and/or private information and is intended for the use of the individual(s) or an entity to whom it is addressed. If you are not an intended recipient of this message, please notify the sender immediately and delete the message and any attachments. Any disclosure, reproduction, distribution or other use of this message or any attachments by an individual or an entity other than the intended recipients is prohibited.