# Exhibit I



July 5, 2022

Jordan Collins
Jordan.collins@tkoenergy.net
202.285.1477

MO POW 4, LLC
Attn: Thomas Guel
680 S. Cache St, Suite 100-8640
Jackson, WY 83001

Dear Mr. Guel,

Our firm represents Crypto Infiniti, LLC, and we received your letter regarding the Hosting Services Agreements signed between Crypto Infiniti LLC and MO POW 3 LLC & MO POW 4 LLC. For purposes of clarity, this letter shall serve as a written notice individually required by Section 7.10 of the MP 3 Agreement, and Section 7.10 of the MP 4 Agreement.

On May 27th, 2022, Crypto Infiniti LLC ("CI") and MO POW 3 LLC (individually "MP 3") entered into a Hosting Services Agreement for the MO POW 3 site ("MP 3 Agreement"). Simultaneously, CI and MO POW 4 LLC entered into a Hosting Services Agreement for the MO POW 4 site ("MP 4 Agreement").

We understand from your letter dated June 25th, 2022 that you intend to terminate the MP 4 Agreement on the grounds for termination cited by you in such letter, and we hereby accept your notice of termination for the MP 4 Agreement.

Additionally, we understand from your letter that you have reserved the right to honor your obligations under the MP 3 Agreement. As the MP 3 Agreement has been fully executed, and payment of both the Rate Buy Down payment and the Deposit payment have been rendered by CI pursuant to the terms of the MP 3 Agreement, we must insist that MP 3 does not merely reserve their right but is, in fact, legally required under the terms of the binding contract to fully perform their obligations thereunder.

In the event MP 3 fails to comply, or delays compliance, with their obligations under the MP 3 Agreement, CI will suffer damages as a direct result of such failure or delay in compliance, and CI will seek all damages allowable under the agreement and in law and equity.

Our client wishes to go forward in resolving this matter in a manner which is collaborative and cooperative, in order to ensure the continuation of a productive long-term relationship. Please let us know when you would like to connect in order to further conversation regarding resolution of these issues.

Sincerely,

Jessica Vittorio
Attorney at Law
jessica@prudentialaw.com