# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| MO POW 3, LLC and MO POW 4, LLC,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CRYPTO INFINITI LLC,<br><br>　　　　Defendant. | Civil Action No. 22-CV-155-SWS |

**ORDER GRANTING PLAINTIFFS' RULE 12(b)(6) MOTION TO DISMISS DEFENDANT'S COUNTERCLAMS**

THIS MATTER having come before the court on the Plaintiffs' Rule 12(b)(6) Motion to Dismiss Defendant's Counterclaims and Brief In Support, and the Court finding good cause to grant the same,

IT IS HEREBY ORDERED that the Plaintiffs' Moton to Dismiss Defendant's Counterclaims is hereby granted.

DATED this _____ day of _____ 2022.

_____
United States District Court Judge