Matthew D. Kaufman, WSB #6-3960
Tyler J. Garrett, WSB #6-4400
Melissa K. Burke, WSB #7-5694
HATHAWAY & KUNZ, LLP
P. O. Box 1208
Cheyenne, WY  82003-1208
(307) 634-7723
(307) 634-0985 (fax)
mkaufman@hkwyolaw.com
tgarrett@hkwyolaw.com
mburke@hkwyolaw.com

ATTORNEYS FOR DEFENDANT

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| MO POW 3, LLC and MO POW 4, LLC, | ) |
| Plaintiffs, | ) |
| vs. | ) Civil Action No. 1:22-CV-00155-SWS |
| CRYPTO INFINITI LLC, | ) |
| Defendant. | ) |

## CORPORATE DISCLOSURE STATEMENT

COMES NOW Defendant, Crypto Infiniti LLC, by and through its attorneys, HATHAWAY & KUNZ, LLP and hereby submits its corporate disclosure statement pursuant to FED. R. CIV. P. 7.1.

Defendant Crypto Infinity LLC is a Nevada limited liability company, which has two members: (1) Jinwei Zhang and (2) Dao Block Limited.

No publicly held corporation owns 10% or more of the stock of Crypto Infiniti LLC.

**DATED** this 8th day of December, 2022.

        HATHAWAY & KUNZ, LLP,

        By: */s/ Tyler Garrett*
           Matthew D. Kaufman, WSB #6-3960
           Tyler J. Garrett, WSB #6-4400
           Melissa K. Burke, WSB #7-5694
           Hathaway & Kunz, LLP
           2515 Warren Ave. Ste 500
           P.O. Box 1208
           Cheyenne, WY 82003
           Phone: 307-634-7723
           Fax: 307-634-0985

        ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

This is to certify that on the 8th day of December, 2022, a true and correct copy of the foregoing was served upon counsel as follows:

| | |
|---|---|
| Jeffrey S. Pope | [✓] EM/ECF/Electronic Filing |
| Kasey J. Schlueter | [ ] U.S. Mail |
| Holland & Hart, LLP | [ ] Fax: |
| 2515 Warren Avenue, Suite 450 | [ ] E-mail |
| P.O. Box 1347 | |
| Cheyenne, WY 82003-1347 | |

*Attorneys for Plaintiffs*

        */s/ Candice Hough*
        Hathaway & Kunz, LLP