Matthew D. Kaufman, WSB #6-3960
Tyler J. Garrett, WSB #6-4400
Melissa K. Burke, WSB #7-5694
HATHAWAY & KUNZ, LLP
P. O. Box 1208
Cheyenne, WY  82003-1208
(307) 634-7723
(307) 634-0985 (fax)
mkaufman@hkwyolaw.com
tgarrett@hkwyolaw.com
mburke@hkwyolaw.com

ATTORNEYS FOR DEFENDANT

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| MO POW 3, LLC and MO POW 4, LLC, | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) Civil Action No. 1:22-CV-00155-SWS |
| CRYPTO INFINITI LLC, | ) ) ) |
| Defendant. | ) ) |

## UNOPPOSED MOTION TO VACATE INITIAL PRETRIAL CONFERENCE

Defendant, Crypto Infiniti LLC, by and through undersigned counsel, requests the Court vacate and reschedule the Initial Pretrial Conference originally scheduled for March 9, 2023 at 9:00 a.m.  In support thereof, Defendant states:

1. On January 27, 2023, the Court entered its *Order Granting Plaintiff's Motion to Dismiss* ("*Order*") (ECF No. 26), which dismissed Crypto Infiniti's counterclaims that it had filed on November 11, 2022 (ECF No. 21).

2. Subsequently, the Court then set an Initial Pretrial Conference for March 9, 2023.

3. In light of the Court's *Order*, Crypto Infiniti intends to seek leave to file amended counterclaims before the Initial Pretrial Conference is held.

4. Because Crypto Infiniti will soon be seeking leave to file amended counterclaims, Crypto Infiniti's counsel and Plaintiffs' counsel have conferred, and both agree that the most efficient path forward is for the Court to vacate the Initial Pretrial Conference.

WHEREFORE, Crypto Infiniti respectfully requests the Court vacate the Initial Pretrial Conference scheduled for March 9, 2023, at 9:00 a.m. and reschedule a new Initial Pretrial Conference at a later date that is convenient for the Court. A proposed order for the Court's consideration is filed concurrently herewith.

**DATED** this 23rd day of February 2023.

                                    HATHAWAY & KUNZ, LLP,


                                    By: */s/ Tyler Garrett*
                                        Matthew D. Kaufman, WSB #6-3960
                                        Tyler J. Garrett, WSB #6-4400
                                        Melissa K. Burke, WSB #7-5694
                                        Hathaway & Kunz, LLP
                                        2515 Warren Ave. Ste 500
                                        P.O. Box 1208
                                        Cheyenne, WY 82003
                                        Phone: 307-634-7723
                                        Fax: 307-634-0985

                                    ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

This is to certify that on the 23rd day of February 2023, a true and correct copy of the foregoing was served upon counsel as follows:

| | |
|---|---|
| Jeffrey S. Pope | [ ✓ ] EM/ECF/Electronic Filing |
| Kasey J. Schlueter | [   ] U.S. Mail |
| Holland & Hart, LLP | [   ] Fax: |
| 2515 Warren Avenue, Suite 450 | [   ] E-mail |
| P.O. Box 1347 | |
| Cheyenne, WY 82003-1347 | |

*Attorneys for Plaintiffs*

          */s/ Tyler Garrett*
          Hathaway & Kunz, LLP