FILED

10:28 am, 2/24/23

Margaret Botkins
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| MO POW 3, LLC and MO POW 4, LLC, | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) Civil Action No. 1:22-CV-00155-KHR ) |
| CRYPTO INFINITI LLC, | ) ) |
| Defendant. | ) ) |

### ORDER GRANTING MOTION TO VACATE & RESCHEDULE INITIAL PRETRIAL CONFERENCE

THIS MATTER having come before the Court on Defendant's Unopposed Motion to Vacate the Court's March 9, 2023 Initial Pretrial Conference, and the Court having considered the Motion and finding good cause therefore, finds that the Motion should be and the same is hereby GRANTED.

IT IS ORDERED that the March 9, 2023, Initial Pretrial Conference is hereby VACATED.

DATED this 24th day of February, 2023.

_____
KELLY H. RANKIN
UNITED STATES MAGISTRATE JUDGE