# Exhibit C



Redacted

数额
−10 USDC

⊘ 提现成功

Redacted

| 手续费 | 8 USDC |
| 时间 | 2022-05-27 11:49:42 |

提币尚未到账?  >