# Exhibit H





