Jeffrey S. Pope (Wyo. State Bar # 7-4859)
Kasey J. Schlueter (Wyo. State Bar # 8-6521)
HOLLAND & HART LLP
2515 Warren Avenue, Suite 450
P.O. Box 1347
Cheyenne, WY 82003-1347
Telephone: 307.778.4200
jspope@hollandhart.com
kjschlueter@hollandhart.com

ATTORNEYS FOR PLAINTIFFS
MO POW 3, LLC AND MO POW 4, LLC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| MO POW 3, LLC and MO POW 4, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CRYPTO INFINITI LLC,<br><br>Defendant. | Civil Action No. 22-CV-155-SWS |

## NOTICE OF FIRM ADDRESS CHANGE

Please take notice that effective March 29, 2023, the physical address for Holland & Hart LLP, counsel for the Plaintiffs MO POW 3, LLC and MO POW 4, LLC, has changed to the following:

Holland & Hart LLP<br>
2020 Carey Avenue, Suite 800<br>
Cheyenne, WY 82001

All telephone numbers and email addresses remain the same. Counsel for Plaintiffs respectfully request the parties to modify their service information to reflect this change.

DATED: March 21, 2023.

/s/ Kasey J. Schlueter
Jeffrey S. Pope (Wyo. State Bar # 7-4859)
Kasey J. Schlueter (Wyo. State Bar # 8-6521)
HOLLAND & HART LLP
2515 Warren Avenue, Suite 450
P.O. Box 1347
Cheyenne, WY 82003-1347
Telephone: 307.778.4200
jspope@hollandhart.com
kjschlueter@hollandhart.com

ATTORNEYS FOR PLAINTIFFS
MO POW 3, LLC and MO POW 4, LLC

21143729_v1