# Exhibit H





**Thomas:** Its not going to happen because I dont have to do it. Do not send any money until we are on the same page.

**Me:** Don't want to get into another situation of deposit paid that no site connected.

**Thomas:** Its not happening. I also need to see proof of the groups ability to pay the monthly payments. Especially the first month totalling almost 4.8m

Sorry 1st month is almost 1.8m

**Me:** That's to exchange everything in escrow?

A better way to exchange trust the legal way

**Thomas:** Helene. There will be no escrow of any kind and i would like to see proof of your groups ability to immediately pay another almost 1.8m in 1st months fees.

**Me:** Do we have to? Then show us where you spent the over 4 mil that we paid as deposit. We concern that the first contract will not be executed and

