# Exhibit L

**Subject:** MO POW/Crypto -- Notice
**Date:** Tuesday, October 25, 2022 at 5:08:58 PM Mountain Daylight Time
**From:** Jeffrey S. Pope
**To:** Tyler Garrett, Melissa Burke
**CC:** Kasey Schlueter
**Attachments:** image001.png

Tyler,

Pursuant to Crypto's request that all communications from MO POW go through the Crypto legal team, which MO POW has treated as a notice election under the contracts, please see below for correspondence from MO POW to Crypto:

Crypto Infiniti, LLC,

Pursuant to your request on October, 17, 2022, we have sent this official notice to your legal team, Mr. Garrett and Ms. Burke.

On October 12, 2022, pursuant to the May 26, 2022 Master Hosting Agreement between MO POW 3, LLC and Crypto Infiniti, LLC, Crypto Infiniti, LLC received an invoice for the minimum managed services fees in the amount of $880,380.00. Section 2.5 provides Crypto Infiniti, LLC with five days to make a payment after receiving the invoice. As of current, MO POW 3, LLC has not received payment of this invoice. Pursuant to Section 3.3(B), if MO POW 3, LLC does not receive payment for the October 12, 2022 invoice by October 27, 2022, MO POW 3, LLC will exercise its right to "immediately terminate" the May 26, 2022 Master Hosting Agreement.

Please submit payment pursuant to the instructions on the October 12, 2022 invoice on or before October 27, 2022 to avoid termination of the May 26, 2022 Master Hosting Agreement.

Thanks,



**Jeff Pope**
Partner
**HOLLAND & HART LLP**
2515 Warren Avenue, Suite 450, Cheyenne, WY 82001
jspope@hollandhart.com | **T:** (307) 778-4200 | **M:** (307) 421-5900
VCard | LinkedIn

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.