# Exhibit M

Crypto Infiniti, LLC
Jinwei Zhang
200 S. Virginia
8th Floor
Reno, NV 89501

Re: MO POW 3, LLC & MO POW 4, LLC

Crypto Infiniti, LLC,

Pursuant to your request on October, 17, 2022, we have sent this official notice to your legal team, Mr. Garrett, Ms. Burke, and Mr. Kaufman.

On October 21, 2022, MO POW 3, LLC informed Crypto Infiniti that it had not received payment of the October 12, 2022 invoice and notified Crypto Infiniti that if payment was not received by October 27, 2022, MO POW 3, LLC would terminate the May 26, 2022 Master Hosting Agreement. MO POW 3, LLC has not received payment of the October 12, 2022 invoice and pursuant to Section 3.3(B), this is written notice of MO POW 3, LLC immediately terminating the May 26, 2022 Master Hosting Agreement between MO POW 3, LLC and Crypto Infiniti, LLC..

Additionally, Crypto Infiniti, LLC has failed to pay the down payment pursuant to the May 26, 2022 Master Hosting Agreement between MO POW 4, LLC and Crypto Infiniti, LLC. Pursuant to Section 3.3(A)(1) and (B), MO POW 4, LLC is terminating the May 26, 2022 Master Hosting Agreement between MO POW 4, LLC and Crypto Infiniti, LLC.

Sincerely,
MO POW 3, LLC, MO POW 4, LLC

*[signature]*

Thomas Guel
Authorized Signator
Date: October 28, 2022