Jeffrey S. Pope (Wyo. State Bar # 7-4859)
Kasey J. Schlueter (Wyo. State Bar # 8-6521)
HOLLAND & HART LLP
2020 Carey Avenue, Suite 800
P.O. Box 1347
Cheyenne, WY 82003-1347
Telephone: 307.778.4200
jspope@hollandhart.com
kjschlueter@hollandhart.com

ATTORNEYS FOR PLAINTIFFS
MO POW 3, LLC AND MO POW 4, LLC

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| MO POW 3, LLC and MO POW 4, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> CRYPTO INFINITI LLC, <br><br> Defendant. | Civil Action No. 22-CV-155-SWS |

## PLAINTIFFS' MOTION TO DISMISS
## DEFENDANT'S AMENDED COUNTERCLAIMS

Plaintiffs MO POW 3, LLC and MO POW 4, LLC (collectively "Plaintiffs"), by and through undersigned counsel, move this Court, pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss Defendant's Amended Counterclaims. A brief in support of this motion is filed herewith.

DATED: April 4, 2023.

                                           */s/ Jeffrey S. Pope*
                                           Jeffrey S. Pope (Wyo. State Bar # 7-4859)
                                           Kasey J. Schlueter (Wyo. State Bar # 8-6521)
                                           HOLLAND & HART LLP
                                           2020 Carey Avenue, Suite 800
                                           P.O. Box 1347
                                           Cheyenne, WY 82003-1347
                                           Telephone: 307.778.4200
                                           jspope@hollandhart.com
                                           kjschlueter@hollandhart.com

                                           ATTORNEYS FOR PLAINTIFFS
                                           MO POW 3, LLC and MO POW 4, LLC