IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| MO POW 3, LLC and MO POW 4, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CRYPTO INFINITI LLC,<br><br>Defendant. | Civil Action No. 22-CV-155-SWS |

**ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS DEFENDANT'S AMENDED COUNTERCLAIMS**

THIS MATTER having come before the Court on Plaintiffs' Motion to Dismiss Defendant's Amended Counterclaims and Brief In Support, and the Court finding good cause to grant the same,

IT IS HEREBY ORDERED that Plaintiffs' Moton to Dismiss Defendant's Amended Counterclaims is hereby granted.

DATED this _____ day of _____ 2023.

_____
Hon. Kelly H. Rankin
United States Magistrate Judge