AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

| | |
|---|---|
| MO POW 3, LLC and MO POW 4, LLC<br>*Plaintiff*<br>v.<br>CRYPTO INFINITY LLC<br>*Defendant* | )<br>)<br>)  Case No.   22-CV-00155-KHR<br>)<br>) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

CRYPTO INFINITY LLC

Date:   04/05/2023

*Attorney's signature*

KARI HARTMAN, WSB #8-6507
*Printed name and bar number*

HATHAWAY & KUNZ, LLP
PO Box 1208
Cheyenne, WY 82003-1208
*Address*

khartman@hkwyolaw.com
*E-mail address*

(307) 634-7723
*Telephone number*

(307) 634-0985
*FAX number*