Jeffrey S. Pope (Wyo. State Bar # 7-4859)
Kasey J. Schlueter (Wyo. State Bar # 8-6521)
HOLLAND & HART LLP
2020 Carey Avenue, Suite 800
P.O. Box 1347
Cheyenne, WY 82003-1347
Telephone: 307.778.4200
JSPope@hollandhart.com
KJSchlueter@hollandhart.com

ATTORNEYS FOR PLAINTIFFS
MO POW 3, LLC AND MO POW 4, LLC

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| MO POW 3, LLC and MO POW 4, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> CRYPTO INFINITI LLC, <br><br> Defendant. | Civil Action No. 22-CV-155-SWS |

**PLAINTIFFS' AMENDED CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs MO POW 3, LLC and MO POW 4, LLC, by and through undersigned counsel, Holland & Hart LLP, make the following disclosure:

Plaintiff MO POW 3, LLC is a Wyoming limited liability company, and states that the sole member of MO POW 3, LLC is Epoch Mines, LLC also a Wyoming LLC.[1]

Plaintiff MO POW 4, LLC is a Wyoming limited liability company, and states that the sole member of MO POW 4, LLC is Epoch Mines, LLC also a Wyoming LLC.

---

[1] Plaintiffs are amending their disclosure because during discovery, Plaintiffs realized the documents that would have transferred the sole membership interest to Amalgamated Energy Assets, LLC, which was represented as the sole member, did not get executed. Therefore, Epoch Mines remains the sole member. With that said, the citizenship of Plaintiffs remains unchanged.

DATED: October 5, 2023.

/s/ Jeffrey S. Pope
Jeffrey S. Pope (Wyo. State Bar # 7-4859)
Kasey J. Schlueter (Wyo. State Bar # 8-6521)
HOLLAND & HART LLP
2020 Carey Avenue, Suite 800
P.O. Box 1347
Cheyenne, WY 82003-1347
Telephone: 307.778.4200
JSPope@hollandhart.com
KJSchlueter@hollandhart.com

ATTORNEYS FOR PLAINTIFFS
MO POW 3, LLC and MO POW 4, LLC

30652868_v1

2