Matthew D. Kaufman, WSB #6-3960
Tyler J. Garrett, WSB #6-4400
Melissa K. Burke, WSB #7-5694
Kari Hartman, WSB #8-6507
HATHAWAY & KUNZ, LLP
P. O. Box 1208
Cheyenne, WY  82003-1208
(307) 634-7723
(307) 634-0985 (fax)
mkaufman@hkwyolaw.com
tgarrett@hkwyolaw.com
mburke@hkwyolaw.com
khartman@hkwyolaw.com

ATTORNEYS FOR DEFENDANT

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| MO POW 3, LLC and MO POW 4, LLC, | ) |
| Plaintiffs, | ) |
| vs. | ) Civil Action No. 1:22-CV-00155-KHR |
| CRYPTO INFINITI LLC, | ) |
| Defendant. | ) |

## MOTION FOR CONTINUANCE

**COMES NOW** Crypto Infiniti LLC, by and through undersigned counsel, and hereby requests this Court enter an order vacating and resetting the trial date and final pretrial conference date, extending the deadlines for dispositive motions and Daubert challenges, and vacating and resetting the corresponding hearing date.

1) Trial in this matter is currently set to begin February 20, 2024.

2) An essential witness for Defendant has surgery scheduled for the week of trial.

3) The final pretrial conference is set for January 31, 2024, at 2:00 p.m.

4) The deadline for dispositive motions and Daubert challenges is December 7, 2023, with a response deadline of December 21, 2023, and a hearing date of January 4, 2024.

5) An informal conference was held on November 2, 2023, regarding a continuance of trial.

6) The Court indicated it had availability for the trial to be held on May 20, 2024, and for the final pretrial conference on April 30, 2024, at 1:00 p.m.

7) Following the conference, Plaintiffs and Defendant discussed a two-week extension for dispositive motions and Daubert challenges.

8) Plaintiffs are not opposed to any extension.

WHEREFORE Defendant respectfully requests this Court enter an order vacating and resetting the current trial setting to May 20, 2024, the final pretrial conference to April 30, 2024 at 1:00 p.m., extending the dispositive motions and Daubert challenges deadline to December 21, 2023 and response deadline to January 4, 2024, and vacating and resetting the hearing on dispositive motions at a convenient date for the Court.

DATED this 3rd day of November 2023.

CRYPTO INFINITI LLC

By: */s/   Tyler J. Garrett*
Matthew D. Kaufman, WSB #6-3960
Tyler J. Garrett, WSB #6-4400
Melissa K. Burke, WSB #7-5694
Hathaway & Kunz, LLP
Kari Hartman, WSB #8-6507
2515 Warren Ave. Ste 500
P.O. Box 1208
Cheyenne, WY 82003
Phone:  307-634-7723
Fax:  307-634-0985
mkaufman@hkwyolaw.com
tgarrett@hkwyolaw.com
mburke@hkwyolaw.com
khartman@hkwyolaw.com

ATTORNEYS FOR CRYPTO INFINITI LLC

## **CERTIFICATE OF SERVICE**

    This is to certify that on the 3rd day of November 2023, a true and correct copy of the foregoing was served upon counsel as follows:

| | |
|---|---|
| Jeffrey S. Pope | [ ✓ ] CM/ECF/Electronic Filing |
| Kasey J. Schlueter | [   ] U.S. Mail |
| Holland & Hart, LLP | [   ] Fax: |
| 2515 Warren Avenue, Suite 450 | [   ] E-mail |
| P.O. Box 1347 | |
| Cheyenne, WY 82003-1347 | |

 

                          */s/ Hayley Wheeler*
                          Hathaway & Kunz, LLP