FILED

1:44 pm, 11/6/23

U.S. Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| MO POW 3, LLC and MO POW 4, LLC, | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) Civil Action No. 1:22-CV-00155-KHR ) |
| CRYPTO INFINITI LLC, | ) ) |
| Defendant. | ) ) |

## ORDER GRANTING DEFENDANT'S MOTION FOR CONTINUANCE

THIS MATTER comes before the Court on Defendant's Motion for Continuance and following the informal conference on November 2, 2023. Having reviewed the filing, arguments, and being otherwise fully advised, the Court finds the Motion should be GRANTED.

IT IS HEREBY ORDERED that:

1. The current trial setting for February 20, 2024, is vacated and reset for May 20, 2024.

2. The current final pretrial conference setting for January 31, 2024, is vacated and reset for April 30, 2024 at 1:00 p.m.

3. The deadline for dispositive motions and Daubert challenges is extended to December 21, 2023, with a response deadline of January 4, 2024.

4. The current hearing on dispositive motions is vacated. Counsel may request a new date if they deem one necessary.

**All other deadlines and directives within the Initial Pretrial Order remain unchanged.**

DATED this 6th day of November, 2023.

_____
KELLY H. RANKIN
UNITED STATES MAGISTRATE JUDGE