Matthew D. Kaufman, WSB #6-3960
Tyler J. Garrett, WSB #6-4400
Melissa K. Burke, WSB #7-5694
Kari Hartman, WSB #8-6507
HATHAWAY & KUNZ, LLP
P. O. Box 1208
Cheyenne, WY  82003-1208
(307) 634-7723
(307) 634-0985 (fax)
mkaufman@hkwyolaw.com
tgarrett@hkwyolaw.com
mburke@hkwyolaw.com
khartman@hkwyolaw.com

ATTORNEYS FOR DEFENDANT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| MO POW 3, LLC and MO POW 4, LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 1:22-CV-00155-KHR |
| | ) | |
| CRYPTO INFINITI LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

---

## DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT

---

**COMES NOW** Defendant, Crypto Infiniti LLC, by and through counsel, HATHAWAY & KUNZ, LLP, and hereby requests that this Court grant summary judgment in Defendant's favor pursuant to Rule 56 of the Federal Rules of Civil Procedure. Defendant is concurrently filing a *Memorandum in Support of Motion for Summary Judgment* with supporting arguments which is incorporated herein by reference and sets out more fully the grounds for the relief requested.

WHEREFORE, for the reasons stated in its *Memorandum in Support of Motion for Summary Judgment* and demonstrated by the pleadings and evidence provided herewith, Defendant requests that the Court grant *Defendant's Motion for Summary Judgment* pursuant to

Rule 56 of the Federal Rules of Civil Procedure, dismiss Plaintiffs' claims with prejudice, enter judgment in favor of Defendant on its claims, and award Defendant such other further relief as the Court deems proper.

DATED this 21st day of December 2023.

HATHAWAY & KUNZ, LLP,

By: /s/   Tyler Garrett
Matthew D. Kaufman, WSB #6-3960
Tyler J. Garrett, WSB #6-4400
Melissa K. Burke, WSB #7-5694
Kari Hartman, WSB #8-6507
Hathaway & Kunz, LLP
2515 Warren Ave. Ste 500
P.O. Box 1208
Cheyenne, WY 82003
Phone:  307-634-7723
Fax:  307-634-0985

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

This is to certify that on the 21st day of December 2023, a true and correct copy of the foregoing was served upon counsel as follows:

Jeffrey S. Pope                        [ ✓ ] CM/ECF/Electronic Filing
Kasey J. Schlueter                     [   ] U.S. Mail
Holland & Hart, LLP                    [   ] Fax:
2020 Carey Ave., Suite 800             [   ] E-mail
P.O. Box 1347
Cheyenne, WY 82003-1347

/s/ Candice Hough
Hathaway & Kunz, LLP