# EXHIBIT A

*AB Litigation Services*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

Civil Action No. 1:22-CV-00155-KHR

-----------------------------------------------------

ZOOM 30(b)(6) DEPOSITION OF MO POW 3, LLC, AND
MO POW 4, LLC, BY THOMAS GUEL, AND THOMAS GUEL,
INDIVIDUALLY - November 15, 2023

-----------------------------------------------------

Plaintiffs:

MO POW 3, LLC AND MO POW 4, LLC,

v.

Defendant:

CRYPTO INFINITI, LLC.

-----------------------------------------------------

APPEARANCES:

     HOLLAND & HART, LLP
        By Jeffrey S. Pope, Esq.
           2515 Warren Avenue, Suite 450
           Cheyenne, Wyoming 82001
            Appearing via Zoom on behalf of
            Plaintiffs

     HATHAWAY & KUNZ, LLP
        By Tyler J. Garrett, Esq.
           2515 Warren Avenue, Suite 500
           Cheyenne, Wyoming 82001
            Appearing via Zoom on behalf of
            Defendant

*AB Litigation Services*

1           Pursuant to Notice and the Federal Rules

2    of Civil Procedure, the Zoom 30(b)(6) deposition of

3    MO POW 3, LLC, AND MO POW 4, LLC, BY THOMAS GUEL,

4    AND THOMAS GUEL, INDIVIDUALLY, called by Defendant,

5    was taken on Wednesday, November 15, 2023,

6    commencing at 9:03 a.m., via remote

7    videoconference, before Lisa A. Dague, Certified

8    Shorthand Reporter and Notary Public within and for

9    the State of Colorado.

10

11                        I N D E X

12   ZOOM 30(b)(6) DEPOSITION OF MO POW 3, LLC, AND
     MO POW 4, LLC, BY THOMAS GUEL, AND THOMAS GUEL,
13   INDIVIDUALLY

14   EXAMINATION BY:                              PAGE

15      Mr. Garrett                                 4

16

17                                              INITIAL
     EXHIBITS                                  REFERENCE
18
     Exhibit A      Master Hosting Agreement         83
19                  between MO POW 3 and
                    Crypto Infinity, 5/26/22
20
     Exhibit B      Master Hosting Agreement         85
21                  between MO POW 4 and
                    Crypto Infinity, 5/26/22
22
     Exhibit J      Letter from Jessica              87
23                  Vittorio to Jordan
                    Collins, 7/22/22
24

25

*AB Litigation Services*

1                                                      INITIAL
     EXHIBITS (continued)                     REFERENCE
2
     Exhibit K        Email from Jordan Collins          92
3                     to Jinwei Zhang, Jessica
                      Vittorio, Gerald Lau, cc
4                     Thomas Guel, re Legal
                      Notice: MO POW 3, LLC,
5                     10/12/22

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    Power, but I -- it's just the name of an SPV.

2         Q    Okay.  SPV, can you --

3         A    Special-purpose vehicle --

4              THE REPORTER:  I'm sorry, could you

5    repeat that?

6         A    I believe the answer to your question is

7    Missouri Power 3.

8         Q    (BY MR. GARRETT)  Okay  But the SPV,

9    could you clarify that?  I think we were talking

10   over each other on that colloquy.

11        A    It was a one site -- special-purpose

12   vehicle to operate one site.

13        Q    I see.  So each entity was created, that

14   is MO POW 1 through 4, each was created for one

15   single purpose, to operate one sole site each; is

16   that correct?

17        A    Correct.

18        Q    What is your professional experience in

19   the crypto industry?

20        A    We've run a number of sites for a period

21   of time.

22        Q    But you specifically.  I want to know

23   your background and experience in the crypto

24   industry.

25        A    I just told you.  I've run a couple of

1   data centers for that for a couple of years.

2        Q    Okay.  And let's go through those.  Are

3   you referring to MO POW 1 through 4?

4        A    Those would be included, yes.

5        Q    What others?

6        A    There's a site in Texas.

7        Q    And what's that one called and what

8   entity runs that?

9        A    It is unrelated to MO POW 3 and 4.

10       Q    Okay.  But could you answer my question,

11  please?

12       A    I believe that's owned by Amalgamated.

13       Q    So other than MO POW -- or MO POW 1

14  through 4 and the Texas site, that consists of your

15  experience in the crypto industry?

16       A    Correct.

17       Q    Would it be fair to say you don't have

18  much experience in the crypto industry?

19       A    I don't think that's fair to say.

20       Q    All right.  Tell me why.

21       A    You've got multiple -- multiple examples

22  of experience that you just mentioned.

23       Q    You tell me.  Let's go through them.

24       A    I just told you.  You've got multiple

25  LLCs for a number of years operating in the space.

*AB Litigation Services*

1       Q     Let's kind of be specific about that,

2  because I really want to know your experience.

3       A     I just told you my experience.  We've run

4  crypto sites for a couple of years.

5       Q     And that being five sites?

6       A     And that being a number of sites.

7       Q     Is it fair to say five sites?

8       A     No.

9       Q     Okay.  Where am I off?  Because I only am

10  understanding MO POW 1 through 4, plus the Texas

11  site.  What else am I missing?

12       A     MO POW 3 and 4 never turned on because of

13  breaches from Crypto.

14       Q     But MO POW 1 and 2, how long did they

15  run?

16       A     About a year.

17       Q     And then they closed down?

18       A     Correct.

19       Q     Is the Texas site up and running?

20       A     Yes.

21       Q     And then you said that the MO POW 3 and 4

22  sites, they are no longer running, is that

23  correct -- or never started to run; is that right?

24       A     Correct.

25       Q     Just to be clear, you're saying that the

1    MO POW 3 site never ran?

2        A    Correct.

3        Q    And just to be clear, you're saying the

4    MO POW 4 site never ran?

5        A    Correct.

6        Q    So there's no other clients at either of

7    those sites?

8        A    No.  There's -- there is a client on the

9    Strafford site still.

10        Q    And that's still running?  Because I'm

11    confused here.  You said that it was never running.

12    And the Strafford site, to be clear for the record,

13    is the MO POW 4 site; is that correct?

14        A    Correct.

15        Q    Okay.  So let's talk about that site

16    specifically, the Strafford site.  Is it up and

17    running, has it ever been up and running, is it

18    currently up and running?  Can you please provide

19    specific detail.

20        A    It is currently up and running.

21        Q    Okay.  How many clients are there?

22        A    One.

23        Q    Okay.  So as of now, basically you have

24    sites that have been running or have run for at

25    least maybe one or two years, but that's about it,

*AB Litigation Services*

1    right?

2        A    Correct.

3        Q    And that captures your experience in the

4    crypto industry?  Just trying --

5        A    Correct.

6        Q    -- to close the loop.  Sorry, I didn't

7    mean to speak -- continue speaking.  So was that

8    correct?

9        A    Correct.

10       Q    All right.  So we're going to turn to MO

11   POW 3.  So at this point, I'm going to be asking

12   you a line of questions in your representative

13   capacity for that entity.  When was MO POW 3

14   formed?

15       A    It was early 2023.  I don't recall the

16   date right off the top of my head.

17       Q    Who formed it?

18       A    2022, sorry.

19       Q    Okay.  So for the record, just go ahead

20   and state when it was formed.

21       A    It was formed early 2022.

22       Q    Who formed MO POW 3?

23       A    I believe -- I don't know the answer off

24   the top of my head.

25       Q    Where is MO POW 3 based?

1    ahead.

2        A    Do you want to be more specific?

3        Q    (BY MR. GARRETT)  No.

4        A    Are you asking me -- what exactly are you

5    asking me?

6        Q    What was the status of the site?

7        A    The status being what?  Was it a sunny

8    day?  I mean, are we talking about what?

9        Q    Was it built out?

10        A    No.

11        Q    Had anything been done to the site at the

12    time that MO POW 3 entered into the contract with

13    Crypto Infiniti?

14        A    I believe we had a lease secured with

15    city utilities.  I believe we had portions, if not

16    all, of our tariff executed, and that would be at

17    the time of execution.

18        Q    And just to make clear, there was no

19    physical work that had been done at that point?

20        A    No.

21        Q    No, as in, no, there was not any physical

22    development at that point?

23        A    That's correct.

24        Q    What was the status of the site as of

25    July 19th, 2022, when the initial complaint was

1    filed by MO POW 3?

2            MR. POPE:  Object to form.  Vague.

3            Go ahead, Mr. Guel.

4    A    Substantially the same.

5    Q    (BY MR. GARRETT)  Meaning there was no

6    physical development of the site at that time?

7    A    That's correct.

8    Q    What was the status of the site as of

9    August 8th, 2022, when the amended complaint was

10   filed by MO POW 3?

11   A    No change.

12   Q    What's the current status of the site?

13   A    The same.

14   Q    So no development, nothing like that; is

15   that fair?

16   A    Correct.

17   Q    Do you still have possession or control

18   over that site?  And by "you," I mean MO POW 3.

19   A    No.

20   Q    So the lease has been terminated?

21   A    Correct.

22   Q    Do you know who now occupies or possesses

23   that property?

24   A    I do not.

25   Q    When you were negotiating this

1   contract -- and by "you," again, I mean MO POW 3,

2   since you're the representative -- why couldn't MO

3   POW's site at 400 North Main, Springfield,

4   Missouri, provide the full 35 megawatts to Crypto

5   Infiniti's needs?

6       A    There wasn't enough power available at

7   that substation.

8       Q    Let's turn now to the funds that were

9   paid by Crypto Infiniti to MO POW 3.  Those funds

10  totaled $4,135,250; is that correct?

11      A    Correct.

12      Q    What did MO POW 3 do with that money?

13      A    MO POW 3 purchased five mobile data

14  centers, along with the corresponding transformers.

15  It purchased concrete pads for them to sit on, as

16  well as some other electrical components to connect

17  everything, and poles.

18      Q    And did that deplete -- that work, did

19  that deplete the $4,135,250?

20      A    No.

21      Q    How much did that work that you just

22  summarized cost?

23      A    The exact number, I would have to check,

24  but it was over $2 million.

25      Q    So there is a remaining balance still in

1    MO POW 3's account?

2        A    No.

3        Q    Where did the money go?  Where did the

4    remainder of the money go?

5        A    The money was used for general corporate

6    purposes.

7        Q    Let's dig into that.  What do you mean by

8    "general corporate purposes"?

9        A    I don't have an exact detailed list of

10   how that money was spent.

11       Q    Do you have any type of financial records

12   that would show how that money was spent?

13       A    I do not have them here to check for you

14   now.

15       Q    But do you have them, I guess, I'm

16   asking?

17       A    We should have accounting for that, yes.

18       Q    Okay.  We've asked for such documents.  I

19   think they are relevant.  We have not received such

20   documents.  I guess, have you provided such

21   documents to your counsel to be produced?

22       A    I do not know.

23       Q    Why don't we take a second.  It's

24   important to know the details as to how this money

25   was spent by MO POW 3.  Are you able to access

1    topic.

2              There's an allegation in MO POW 3's

3    complaint that says, Millions invested in the

4    project by Crypto Infiniti went to waste or would

5    go to waste.  Did millions invested in the project

6    by MO POW 3 go to waste?

7        A    I would think, yes.

8        Q    How so?  Can you explain that?

9        A    I would need to review the files to be

10   able to answer that question.  What exactly are you

11   looking for?

12       Q    I don't know.  That was the allegation

13   that MO POW put in the pleading, so I'm just asking

14   you about the facts.

15       A    So what exactly is the question?

16       Q    The question is did millions invested in

17   the project by MO POW 3 go to waste?

18       A    Well, yes.

19       Q    How so?

20       A    Well, equipment was purchased, wasn't

21   able to be used.  We lost the site over their

22   breach and inability to move forward.

23       Q    Were any of the materials able to be

24   repurposed?  Are you using that equipment for

25   somewhere else?

*AB Litigation Services*

1       A     They were sold at a loss, big loss.

2       Q     Can you be specific on that?

3       A     I think -- not with actual numbers here

4    right now.

5       Q     Okay.  So I'm going to ask again --

6       A     It was a loss.

7       Q     I'm going to ask again.  You obviously

8    have records, you just said you do, on this

9    subject.  We have not received those documents.  Of

10   course, as Jeff noted, we have an additional

11   interrogatory that captures those documents, so I

12   suspect we'll be receiving those.

13          Have you been able to provide those

14   records to your counsel at this point?

15          MR. POPE:  Before you answer that,

16   Mr. Guel, Counsel, are you referring to documents

17   about the sale of the equipment?

18          MR. GARRETT:  Uh-huh.

19          MR. POPE:  Mr. Guel, you can answer that

20   question.  I'll represent to you, Mr. Garrett, that

21   that isn't what the interrogatory called for.  And

22   importantly, the portion of the complaint that

23   you're referencing is the introduction, not one of

24   the numbered allegations.

25          So with that on the record, go ahead,

1    continue on so we don't waste all day here if

2    that's possible.  We can get the answer for that.

3    I just need to double-check.  Let's push forward.

4    At the next break, I'll find out; is that fair?

5        Q    Yeah, that's fair.  We're going to

6    approach the lunch hour anyhow, so that will be a

7    good time to do it.

8            Aside from the project with Crypto

9    Infiniti at the site at 5501 East Farm Road 112,

10   Strafford, Missouri, what other projects was MO POW

11   4 involved in?

12       A    None.

13       Q    Did MO POW 4 actually provide any hosting

14   services to Crypto Infiniti as set forth in the

15   master hosting services agreement?

16       A    No.

17       Q    Let's talk about the MO POW 4 site, and

18   that one is at 5501 East Farm Road 112, Strafford,

19   Missouri.  What was the status of the site when the

20   contract was entered into with Crypto Infiniti?

21   And by "status," I mean -- I think we all know what

22   I mean at this point -- the physical development of

23   the site for hosting services.

24       A    As it relates to Crypto Infiniti?

25       Q    Correct.

1      A    It had not been built out.

2      Q    What was the status of the site as of

3   July 19, 2022, when the initial complaint was

4   filed?

5      A    Same status.

6      Q    Okay.  And just one follow-up question on

7   that.  Status of the site as of August 8, 2022,

8   when the amended complaint was filed?

9      A    Same status.

10     Q    And what's the current status of the site

11  now?

12     A    Same status.

13     Q    So nothing has been developed there at

14  all?  Nothing is there?

15     A    What exactly are you asking with your

16  question?

17     Q    I'm just asking is there anything at the

18  site currently with respect to the services that

19  you were going to provide Crypto Infiniti?

20     A    No.

21     Q    Is this the site where -- do you still

22  retain control and possession over this site?

23     A    The Epoch tower of companies does not.

24     Q    Okay.  So help me out there.  Because MO

25  POW 4 is owned by Epoch companies, Epoch companies

1      Q    So obviously, I guess, once they were

2  hooked up, were you willing to give that

3  information?

4      A    I believe the contract was explicit on

5  what information that they have access to.  And as

6  far as it relates to what we had as a discussion on

7  May 16th, 2022, I don't recall exactly the detail

8  of the conversation as it related to what may have

9  changed during negotiations, right?  If you want to

10  ask more specifically, I could try to give you a

11  better answer.

12      Q    On May 16th, 2022, did you tell the MO

13  POW 3 -- sorry.  Let me back up and ask a better

14  question.  I apologize.

15            On May 16th, 2022, did you tell the

16  Crypto Infiniti representative that MO POW 3 and MO

17  POW 4 would manage the EZB containers in a way to

18  avoid overheating issues?

19      A    It is -- no, I never told them.  If the

20  question you're asking me is if I told Crypto

21  Infiniti that we would manage a site where there

22  would never be an overheating issue, the answer is

23  no.

24      Q    During the site visits on May 16th, 2022,

25  did you represent to the Crypto Infiniti

1    the current lawsuit; is that your understanding?

2        A    I thought it was the 18th, but I could be

3    off by a day.

4        Q    But it wasn't until October 12th, 2022,

5    that MO POW 3 confirmed the shipping address for

6    Crypto Infiniti to ship its digital currency

7    equipment, correct?

8        A    I'm not sure.  I don't know.  What date

9    are you claiming?  I don't know off the top of my

10   head.

11       Q    October 12th.

12       A    October 12th.  Yes, that appears to be

13   accurate.  We sent them notice on the 12th.

14       Q    Bear with me one moment.  Okay.  I'm

15   going to share my screen again.  And for the

16   record, this is Exhibit K.  This is the October

17   12th communication from Jordan Collins, MO POW 3's

18   representative, to Crypto Infiniti representatives

19   confirming the shipping address that had been

20   requested earlier in July by Crypto Infiniti.

21            But as you see here, confusingly,

22   Mr. Collins states that MO POW 3, the receiving

23   equipment address, is 5501 East Farm Road 11,

24   Strafford, Missouri, which is completely different

25   than what you just testified to as to the contract

1    for MO POW 3.  So how do you explain that?

2        A    I explain that simply by, in October, on

3    October 12th, it would have been more convenient

4    for MO POW 3 to receive equipment at the Strafford

5    site since we would be moving quickly to build and

6    finish the Main and Phelps site, 400 North Main.

7        Q    But, Mr. Guel, in July, July 22nd, 2022,

8    to be specific, Crypto Infiniti requested the

9    shipping information so that it could ship its

10   equipment.  And you testified, "Well, that's easy.

11   It's in MO POW 3's contract."  But that contract

12   states 400 North Main, Springfield.  And not until

13   months after did MO POW 3 finally confirm where to

14   receive shipping equipment, and it was a different

15   address.  It was 5501 East Farm Road, Strafford,

16   Missouri.  So, again, how do you explain that?

17       A    I just explained that.  On October 12th,

18   when we gave notice to ship the equipment, even

19   though it could have been received as written in

20   the contract, we elected to have it go to 5501 East

21   Farm Road so that it would be securely stored, out

22   of the way.  It did not mean it could not have been

23   received at 400 North Main.  But at that date, we

24   made a decision to store it at the other site while

25   we finished connecting everything.

1    additional questions to clarify and make sure in a

2    general way that we know how the funds were spent.

3    I know that we've discussed some questions on the

4    topic generally, and, Mr. Guel, thank you for

5    providing those answers.

6        Q    (BY MR. GARRETT)  So just to kind of

7    close the loop on those questions, I guess,

8    initially I had asked you how were the funds spent

9    by MO POW 3 -- and I'll back up for a second.  You

10   said there were no funds spent by MO POW 4, and so

11   we can just close that off.

12           So we're just talking about MO POW 3.

13   And with MO POW 3, you said that around $2 million

14   was used for purposes under the first and second --

15   or at least the first contract between MO POW 3 and

16   Crypto Infiniti; is that correct?

17       A    That is correct.  I don't remember the

18   exact number, Tyler.

19       Q    And that's okay.

20       A    But it is around $2 million.  I believe

21   it's over -- that was spent directly for site

22   development.

23       Q    Okay.  And then you said the remaining

24   balance, which would add up to 2 million and some

25   change, went to, I think you said, general

1  corporate services.  I can't remember the specific

2  term.  Can you opine on that again?

3       A    It was spent -- it was not spent on the

4  development of the site.

5       Q    Okay.  So just to clarify, and this is as

6  far as I'm going to go, the remainder balance of

7  those funds was used for other purposes not related

8  to the first contract between MO POW 3 and Crypto

9  Infiniti?

10      A    Correct.

11           MR. GARRETT:  All right.  Well, that's as

12 far as I can go, and so with that, I don't have any

13 more questions.  I really do appreciate your time,

14 Mr. Guel.  It was really nice meeting you.

15           THE DEPONENT:  Thank you.

16           MR. GARRETT:  Getting to speak with you

17 brings back a lot of good memories from Chicago.

18           THE DEPONENT:  Where were you from?

19           MR. GARRETT:  I'm from Cheyenne actually.

20 I'm from here.  I spent a number of years in law

21 school and then with a large firm out there between

22 2003 and 2009.

23           THE DEPONENT:  Were you in Chicago proper

24 or were --

25           MR. GARRETT:  We started out in kind of

```
 1              I, THOMAS GUEL, do hereby certify that I

 2   have read the foregoing transcript and that the

 3   same and accompanying amendment sheets, if any,

 4   constitute a true and complete record of my

 5   testimony.

 6

 7

 8

 9              _____

10                  Signature of Deponent

11                  (   ) No amendments
                    (   ) Amendments attached
12

13

14              Acknowledged before me this _____

15   day of _____, 2023.

16

17              Notary Public:  _____

18              My commission expires_____

19              Seal:

20

21   LAD

22

23

24

25
```

**AB Litigation Services**

1    STATE OF COLORADO     )

2                          )   ss. REPORTER'S CERTIFICATE
     COUNTY OF DENVER      )
3

4

5              I, Lisa A. Dague, do hereby certify that

6    I am a Certified Shorthand Reporter and Notary

7    Public within the State of Colorado; that previous

8    to the commencement of the examination, the

9    deponent was duly sworn to testify to the truth.

10             I further certify that this deposition

11   was taken in shorthand by me at the time and place

12   herein set forth and was thereafter reduced to

13   typewritten form, and that the foregoing

14   constitutes a true and correct transcript.

15             I further certify that I am not related

16   to, employed by, nor of counsel for any of the

17   parties or attorneys herein, nor otherwise

18   interested in the result of the within action.

19             In witness whereof, I have affixed my

20   signature this 28th day of November, 2023.

21             My commission expires December 23, 2024.

22

23                         Lisa A. Dague

24                         Certified Shorthand Reporter

25

*AB Litigation Services*

1    AB LITIGATION SERVICES
     216 - 16th Street, Suite 600
2    Denver, Colorado  80202

3    November 28, 2023

4    Jeffrey S. Pope, Esq.
     2515 Warren Avenue, Suite 450
5    Cheyenne, Wyoming 82001

6    Re:  30(b)(6) DEPOSITION OF MO POW 3, LLC, AND MO POW 4,
          LLC, BY THOMAS GUEL, AND THOMAS GUEL, INDIVIDUALLY
7         MO POW 3, LLC AND MO POW 4, LLC
          v. CRYPTO INFINITI, LLC
8         Civil Action No. 1:22-CV-00155-KHR

9    The aforementioned deposition is ready for
     reading and signing.  Please attend to this
10   matter by following BOTH of the items indicated
     below:
11
     _____ Call 303-296-0017 and arrange with us
12          to read and sign the deposition in our
            office
13
     _XXX_ Have the deponent read your copy and sign
14         the signature page and amendment sheets, if
           applicable; the signature page is attached
15
     _____ Read the enclosed copy of the deposition
16          and sign the signature page and amendment
            sheets, if applicable; the signature page
17          is attached

18   _XXX_ WITHIN 30 DAYS OF THE DATE OF THIS LETTER

19   _____ By _____ due to a trial date of_____

20   Please be sure the original signature page and
     amendment sheets, if any, are SIGNED BEFORE A
21   NOTARY PUBLIC and returned to AB Litigation Services
     for filing with the original deposition.  A copy
22   of these changes should also be forwarded to
     counsel of record.  Thank you.
23
     AB LITIGATION SERVICES
24
     cc:  All Counsel
25

```
1    AB LITIGATION SERVICES
     216 - 16th Street, Suite 600
2    Denver, Colorado  80202

3

4

5    30(b)(6) DEPOSITION OF MO POW 3, LLC, AND MO POW 4,
     LLC, BY THOMAS GUEL, AND THOMAS GUEL, INDIVIDUALLY
6                    November 15, 2023
             MO POW 3, LLC AND MO POW 4, LLC
7                 v. CRYPTO INFINITI, LLC
             Civil Action No. 1:22-CV-00155-KHR
8

9    The original deposition was filed with

10   Tyler J. Garrett, Esq. on approximately

11   the 28th day of November, 2023.

12   _____ Signature waived

13   _____ Signature not requested

14   _____ Unsigned; signed signature page and
            amendment sheets, if any, to be filed at
15          trial

16   _XXX_ Unsigned; original amendment sheets and/or
           signature pages should be forwarded to
17         AB Litigation Services to be filed in the
           envelope attached to the sealed original
18

19
     Thank you.
20
     AB LITIGATION SERVICES
21
     cc:  All Counsel
22

23

24

25
```