Matthew D. Kaufman, WSB #6-3960
Tyler J. Garrett, WSB #6-4400
Melissa K. Burke, WSB #7-5694
Kari Hartman, WSB #8-6507
HATHAWAY & KUNZ, LLP
P. O. Box 1208
Cheyenne, WY  82003-1208
(307) 634-7723
(307) 634-0985 (fax)
mkaufman@hkwyolaw.com
tgarrett@hkwyolaw.com
mburke@hkwyolaw.com
khartman@hkwyolaw.com

Attorneys For Defendant

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| MO POW 3, LLC and MO POW 4, LLC, | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) Civil Action No. 1:22-CV-00155-KHR ) |
| CRYPTO INFINITI LLC, | ) ) |
| Defendant. | ) ) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO MOTIONS FOR SUMMARY JUDGMENT**

**COMES NOW** Defendant, Crypto Infiniti LLC, by and through undersigned counsel, and hereby moves for an extension of all response to Motion for Summary Judgment deadlines pending in this matter. In support of this motion, Defendant states as follows:

1. Plaintiffs filed their *Amended Combined Motion for Summary Judgment and Supporting Brief* with the Court on December 13, 2023.

2. Defendant filed its *Motion for Summary Judgment* with the Court on December 21, 2023.

3. Defendant's response deadline is currently set for December 27, 2023.

4. Plaintiffs' response deadline is currently set for January 4, 2024.

5. Due to the end of the year holidays, both parties have agreed to have additional time to respond to these Motions.

6. Defendant requests extending each parties' response deadline to January 12, 2024.

7. Counsel for Plaintiffs has been contacted regarding said extensions and does not object.

8. The extension requested will not negatively impact any other deadlines or prejudice any party.

WHEREFORE, Defendant respectfully requests that the Court enter an Order extending the deadlines for pending responses to the respective motions for summary judgment to January 12, 2024.

DATED this 21st day of December 2023.

HATHAWAY & KUNZ, LLP,

By: /s/ Tyler Garrett
Matthew D. Kaufman, WSB #6-3960
Tyler J. Garrett, WSB #6-4400
Melissa K. Burke, WSB #7-5694
Kari Hartman, WSB #8-6507
Hathaway & Kunz, LLP
2515 Warren Ave. Ste 500
P.O. Box 1208
Cheyenne, WY 82003
Phone: 307-634-7723
Fax: 307-634-0985

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

    This is to certify that on the 21st day of December 2023, a true and correct copy of the foregoing was served upon counsel as follows:

| | |
|---|---|
| Jeffrey S. Pope | [ ✓ ] CM/ECF/Electronic Filing |
| Kasey J. Schlueter | [  ] U.S. Mail |
| Holland & Hart, LLP | [  ] Fax: |
| 2020 Carey Ave., Suite 800 | [  ] E-mail |
| P.O. Box 1347 | |
| Cheyenne, WY 82003-1347 | |

                                        */s/ Candice Hough*
                                        Hathaway & Kunz, LLP