IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| MO POW 3, LLC and MO POW 4, LLC,<br><br>    Plaintiffs,<br><br>vs.<br><br>CRYPTO INFINITI LLC,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 1:22-CV-00155-KHR<br>)<br>)<br>)<br>)<br>) |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTIONS FOR SUMMARY JUDGMENT

**THIS MATTER** comes before the Court on Defendant Crypto Infiniti LLC's *Unopposed Motion for Extension of Time to Respond to Motions for Summary Judgment*, filed December 21, 2023. Having reviewed the file and being otherwise fully advised, the Court finds the Motion should be GRANTED.

**IT IS HEREBY ORDERED** that Plaintiffs and Defendant shall have up to and including January 12, 2024, to answer or otherwise respond to the motions for summary judgment pending before the Court.

**IT IS SO ORDERED.**

DATED this _____ day of _____ 2023.

_____
KELLY H. RANKIN
UNITED STATES MAGISTRATE JUDGE