Jeffrey S. Pope (Wyo. State Bar # 7-4859)
Kasey J. Schlueter (Wyo. State Bar # 8-6521)
HOLLAND & HART LLP
2020 Carey Avenue, Suite 800
P.O. Box 1347
Cheyenne, WY 82003-1347
Telephone: 307.778.4200
Facsimile:  307.778.8175
JSPope@hollandhart.com
KJSchlueter@hollandhart.com

ATTORNEYS FOR PLAINTIFFS
MO POW 3, LLC AND MO POW 4, LLC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| MO POW 3, LLC and MO POW 4, LLC,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>CRYPTO INFINITI LLC,<br><br>　　　　Defendant. | Civil Action No. 1:22-CV-155-SWS |

## STIPULATED MOTION FOR EXTENSION OF TIME

Plaintiffs MO POW 3, LLC and MO POW 4, LLC (collectively "Plaintiffs") and Defendant Crypto Infiniti LLC (Crypto), by and through their undersigned counsel, hereby move this Court for an order extending the deadlines for Stipulations as to Facts and Motion in Limine. In support of the motion, the parties state as follow:

1.　　The Court's Initial Pretrial Order set the deadline for Stipulations as to Facts on January 11, 2024. (ECF No. 40 at 8.) The deadline for filing Motions in Limine is also January 11, 2024 with a response deadline of January 18, 2024. (*Id.* at 9.) These current deadlines were entered with a corresponding Final Pretrial Conference date of January 31, 2024 and a bench trial of February 20, 2024. (*Id.* at 9, 13.)

2. But on November 6, 2023, the Court vacated the final pretrial conference and trial dates, moving them to April 30, 2024 and May 20, 2024 respectively. (ECF No. 48.) Since the Court reset the trial and conference, the parties have submitted motions for summary judgment that will either resolve the case or resolve enough of the case to change what facts are relevant and whether motions in limine are needed.

3. Because of the pending motions and the later trial, the Parties have stipulated to moving the Stipulation as to Facts and Motions in Limine deadlines to April 10, 2024 for Stipulations as to Facts and filing of Motions in Limine and April 17, 2024 for responses to Motions in Limine. These proposed dates match the proximity of the original deadlines relative to the original Final Pretrial Conference.

4. The proposed deadlines will not interfere with or prejudice any of the existing deadlines in the case.

5. Therefore, the Parties request the Court enter an order moving the deadline as described above. A proposed order is filed herewith.

DATED: January 8, 2024

                                        */s/ Jeffrey S. Pope*
Jeffrey S. Pope (Wyo. State Bar # 7-4859)
Kasey J. Schlueter (Wyo. State Bar # 8-6521)
HOLLAND & HART LLP
2020 Carey Avenue, Suite 800
P.O. Box 1347
Cheyenne, WY 82003-1347
Telephone: 307.778.4200
JSPope@hollandhart.com
KJSchlueter@hollandhart.com

ATTORNEYS FOR PLAINTIFFS
MO POW 3, LLC and MO POW 4, LLC

*/s/ Matthew D. Kaufman*
Matthew D. Kaufman
Melissa K. Burke
Tyler John Garrett
Kari Hartman
HATHAWAY & KUNZ
2515 Warren Avenue, Suite 500
P.O. Box 1208
Cheyenne, WY 82003-1208
Telephone: 307.634.0985
mkaufman@hkwyolaw.com
mburke8109@hotmail.com
tgarrett@hkwyolaw.com
khartman@hkwyolaw.com

ATTORNEYS FOR DEFENDANT
CRYPTO INFINITI LLC

31201058_v1