# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| MO POW 3, LLC and MO POW 4, LLC,<br><br>   Plaintiffs,<br><br>  v.<br><br>CRYPTO INFINITI LLC,<br><br>   Defendant. | Civil Action No. 1:22-CV-155-SWS |

## ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME

THIS MATTER having come before the Court on the Parties' Stipulated Motion for Extension of Time, and the Court finding good cause therefore;

IT IS HEREBY ORDERED that the deadline for Stipulations as to Facts and filing of Motions in Limine is reset to April 10, 2024 and responses to any Motions in Limine are now due on April 17, 2024.

DATED this _____ day of _____ 2024.

_____
DISTRICT COURT JUDGE

Copies to:
Jeffrey S. Pope/Kasey J. Schlueter
Matthew D. Kaufman/Tyler J. Garrett/Melissa K. Burke/Kari Hartman