# EXHIBIT A

*AB Litigation Services*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

Civil Action No. 1:22-CV-00155-KHR

----------------------------------------------------

ZOOM 30(b)(6) DEPOSITION OF MO POW 3, LLC, AND
MO POW 4, LLC, BY THOMAS GUEL, AND THOMAS GUEL,
INDIVIDUALLY - November 15, 2023

----------------------------------------------------

Plaintiffs:

MO POW 3, LLC AND MO POW 4, LLC,

v.

Defendant:

CRYPTO INFINITI, LLC.

----------------------------------------------------

APPEARANCES:

    HOLLAND & HART, LLP
        By Jeffrey S. Pope, Esq.
            2515 Warren Avenue, Suite 450
            Cheyenne, Wyoming 82001
              Appearing via Zoom on behalf of
              Plaintiffs

    HATHAWAY & KUNZ, LLP
        By Tyler J. Garrett, Esq.
            2515 Warren Avenue, Suite 500
            Cheyenne, Wyoming 82001
              Appearing via Zoom on behalf of
              Defendant

1      Q    Okay.  How long have you lived in

2   Barrington Hills?

3      A    About five years.

4      Q    And before that, are you just -- I guess

5   I could speed this along.  More or less, are you

6   just a native of Chicago?

7      A    Yes.

8      Q    I used to live in Chicago, so it's nice

9   to meet someone else from Chicago.  It brings back

10   a lot of memories.

11          So let's talk about your education.  Did

12   you get a college degree?

13      A    No.

14      Q    Okay.  So you started working early on.

15   I don't want to go all the way back, because that

16   would take forever, but I do want to get a little

17   bit of your professional background.  Let's start

18   with Commercial Realty Company.  What was -- what

19   did you do for that company?

20      A    I have been involved in real estate in

21   many facets for the majority of my career, from

22   rehabbing single-family houses, to owning weird

23   things like a flea market or self-storage

24   facilities, a lot of stuff in between.

25      Q    Gotcha.  And you did that -- what was

1   kind of the time period that was kind of your

2   business?

3       A    Really since from the late '90s all the

4   way to maybe early teens, I would say.

5       Q    So like 2015 or so?

6       A    Yeah, 2015.  2015, right around there.

7       Q    Okay.  And so basically just real estate

8   focus, it doesn't matter what type of real estate,

9   residential, commercial, storage, flea market; is

10  that a fair summary?

11      A    Yes.

12      Q    And then it looks like you moved on to

13  the Greater Chicago Development.  Can you kind of

14  tell us about that work you did?

15      A    Again, it's a development company.  We

16  had the realty company for a short period of time.

17  But Greater Chicago Development did rehabilitation

18  of single and two- to four-story buildings as well

19  as other commercial projects.

20      Q    And that time frame was kind of

21  mid-teens, so let's say 2016 to -- I don't really

22  know.  Do you kind of recall when you worked for

23  that company?

24      A    I don't remember the dates.  It was --

25  Greater Chicago Development was around for a few

1    years.  A lot of the real estate stuff just ended

2    up being in special-purpose vehicles, kind of

3    unbranded development stuff.

4        Q    But still, like, in the 20-teens,

5    somewhere in there?

6        A    Yeah.  I just said, from the late '90s

7    all the way to the early teens.

8        Q    Okay.  Gotcha.

9        A    I don't remember the Greater Chicago

10   Development.

11       Q    Okay.  All right.  I'm just trying to get

12   some background of your experience and all that.

13       A    I know.

14       Q    What about Lilu's Garden?

15       A    Lilu's Garden was started in, I think,

16   2016.  That was an industrial hemp operation, and

17   it lasted until 2020 -- early 2020, I believe.

18       Q    And what was your role with Lilu's

19   Garden?

20       A    I was a partner and I believe managing

21   member.

22       Q    Okay.  And you said it ended in 2020.

23   How did it end?  Was it an exit?  Was it just --

24       A    The market compressed.  We decided to

25   shift gears, and we closed the doors.

*AB Litigation Services*

1          Q     Okay.  Let's talk about Rebel Mining.

2     What is Rebel Mining?

3          A     Rebel Mining is a company that operates

4     colocation services for customers.

5          Q     And when did you become involved with

6     Rebel Mining?

7          A     In the last two years or so.

8          Q     And what's your role with Rebel Mining

9     now?

10         A     I don't have an exact role at Rebel

11    Mining other than I own and run the parent company.

12    So I provide services downward and advice and

13    guidance to Rebel.

14         Q     Okay.  And so who is the parent company?

15         A     Pangaea.

16         Q     Is that Pangaea General Management?  Is

17    that the full name?

18         A     Yes.

19         Q     And when was Pangaea -- we'll just call

20    it Pangaea instead of the whole name of Pangaea

21    General Management, and I'm sure you'll understand

22    that.  When was Pangaea founded?

23         A     Within the last couple of years.

24         Q     Two years?

25         A     Somewhere around there.

```
 1        Q     So let's talk about Pangaea for a bit.
 2   Did you start Pangaea?
 3        A     Yes.
 4        Q     How many other partners are there or
 5   owners?
 6        A     One.
 7        Q     Who is that?
 8        A     Bill Nicholson.
 9        Q     Okay.  Was Bill a co-founder, or did he
10   come after you started Pangaea?
11        A     Came after.
12        Q     Where is he at?
13        A     In Texas.
14        Q     That's the first I've heard of him, so
15   I'm just going to ask some questions.  What's his
16   background?  That is, Bill.
17        A     Bill has been involved in a lot of
18   things.  Doesn't manage day-to-day, was not
19   involved with MO POWs.  You'll have to ask him for
20   his background.
21        Q     So he was not involved with MO POW 3 or
22   4?
23        A     No.
24        Q     Tell me a little bit about just what
25   Pangaea does.
```

1      A      Pangaea provides management services to

2  Rebel and accounting services and looks for

3  opportunities that it can invest in.

4      Q      Is Pangaea associated with MO POW 3 or 4?

5      A      No, I don't believe it is.

6      Q      What companies does Pangaea own or is

7  invested in?

8      A      It has a number of different subsidiaries

9  with certain SPVs underneath it.  It has

10  Amalgamated Energy, Amalgamated Energy Asset

11  Holdings.  It has Rebel Mining Company, a company

12  called Meridian Mobile Data Centers, to name a few.

13      Q      Okay.  But not MO POW 3 or 4?

14      A      Correct.

15      Q      Okay.  Is there a MO POW 1?

16      A      Yes.

17      Q      Let's talk about that.  Where is MO POW 1

18  located?

19      A      I believe it's a Wyoming LLC.

20      Q      Okay.  And what does MO POW 1 do?

21      A      MO POW -- MO POW 1 operated data center

22  sites.

23      Q      Where at?

24      A      In Missouri.

25      Q      Do you have a specific locations?

*AB Litigation Services*

1          A     It operated in Strafford, Missouri.

2          Q     Specific sites?  One site?  Two sites?

3     Multi -- how many sites?

4          A     One site.

5          Q     And what's the address of that site?

6          A     I don't recall the address exactly of

7     that site right off the top of my head.  It is --

8     sorry, I don't know.

9          Q     Okay.  Same question or similar question.

10    MO POW 2?

11         A     Same answer.

12         Q     Okay.  So just to summarize, that is a

13    separate company that has a site in Missouri

14    somewhere, has a specific site with an address, but

15    you don't recall the address at this time?

16         A     It operated in Missouri.  It no longer

17    does.

18         Q     No longer does.  Okay.  Does MO POW 1

19    still operate?

20         A     No.

21         Q     No.  Who were the clients of MO POW 1?

22         A     Is that relevant to our certain case

23    here?  We have confidentiality in our agreements.

24               MR. GARRETT:  Jeff, how do you want to

25    handle that?

1          MR. POPE:  So, Tyler, we talked a little

2   bit about this in the run-up to this.  They have --

3   there are NDAs in place.  I would suggest that in

4   the absence of a protective order, I would instruct

5   Mr. Guel not to break his NDA.

6          MR. GARRETT:  And that's fair.

7      Q    (BY MR. GARRETT)  I'm not trying to have

8   you violate anything, Mr. Guel.  But is it fair to

9   say it's a crypto mining client -- or was?

10     A    Yes.

11     Q    Same for MO POW 2?

12     A    Yes.

13     Q    And just to make the record clear,

14  neither of those sites are currently in operation?

15     A    Correct, neither of those companies are

16  currently in operation.

17     Q    So we have MO POW 1 and MO POW 2.  We'll

18  get into MO POW 3 and 4, which are the subject of

19  this case.  Are there any other MO POWs out there?

20     A    No.

21     Q    So just 1 through 4?

22     A    I believe so, yes.

23     Q    What is MO POW stand for?  I think I have

24  an idea, but I don't want to assume.

25     A    I believe the intention was Missouri

1    Power, but I -- it's just the name of an SPV.

2         Q    Okay.  SPV, can you --

3         A    Special-purpose vehicle --

4              THE REPORTER:  I'm sorry, could you

5    repeat that?

6         A    I believe the answer to your question is

7    Missouri Power 3.

8         Q    (BY MR. GARRETT)  Okay  But the SPV,

9    could you clarify that?  I think we were talking

10   over each other on that colloquy.

11        A    It was a one site -- special-purpose

12   vehicle to operate one site.

13        Q    I see.  So each entity was created, that

14   is MO POW 1 through 4, each was created for one

15   single purpose, to operate one sole site each; is

16   that correct?

17        A    Correct.

18        Q    What is your professional experience in

19   the crypto industry?

20        A    We've run a number of sites for a period

21   of time.

22        Q    But you specifically.  I want to know

23   your background and experience in the crypto

24   industry.

25        A    I just told you.  I've run a couple of

1    data centers for that for a couple of years.

2         Q    Okay.  And let's go through those.  Are

3    you referring to MO POW 1 through 4?

4         A    Those would be included, yes.

5         Q    What others?

6         A    There's a site in Texas.

7         Q    And what's that one called and what

8    entity runs that?

9         A    It is unrelated to MO POW 3 and 4.

10        Q    Okay.  But could you answer my question,

11   please?

12        A    I believe that's owned by Amalgamated.

13        Q    So other than MO POW -- or MO POW 1

14   through 4 and the Texas site, that consists of your

15   experience in the crypto industry?

16        A    Correct.

17        Q    Would it be fair to say you don't have

18   much experience in the crypto industry?

19        A    I don't think that's fair to say.

20        Q    All right.  Tell me why.

21        A    You've got multiple -- multiple examples

22   of experience that you just mentioned.

23        Q    You tell me.  Let's go through them.

24        A    I just told you.  You've got multiple

25   LLCs for a number of years operating in the space.

*AB Litigation Services*

1    Q    Let's kind of be specific about that,
2    because I really want to know your experience.
3    A    I just told you my experience.  We've run
4    crypto sites for a couple of years.
5    Q    And that being five sites?
6    A    And that being a number of sites.
7    Q    Is it fair to say five sites?
8    A    No.
9    Q    Okay.  Where am I off?  Because I only am
10   understanding MO POW 1 through 4, plus the Texas
11   site.  What else am I missing?
12   A    MO POW 3 and 4 never turned on because of
13   breaches from Crypto.
14   Q    But MO POW 1 and 2, how long did they
15   run?
16   A    About a year.
17   Q    And then they closed down?
18   A    Correct.
19   Q    Is the Texas site up and running?
20   A    Yes.
21   Q    And then you said that the MO POW 3 and 4
22   sites, they are no longer running, is that
23   correct -- or never started to run; is that right?
24   A    Correct.
25   Q    Just to be clear, you're saying that the

1    MO POW 3 site never ran?

2         A    Correct.

3         Q    And just to be clear, you're saying the

4    MO POW 4 site never ran?

5         A    Correct.

6         Q    So there's no other clients at either of

7    those sites?

8         A    No.  There's -- there is a client on the

9    Strafford site still.

10         Q    And that's still running?  Because I'm

11    confused here.  You said that it was never running.

12    And the Strafford site, to be clear for the record,

13    is the MO POW 4 site; is that correct?

14         A    Correct.

15         Q    Okay.  So let's talk about that site

16    specifically, the Strafford site.  Is it up and

17    running, has it ever been up and running, is it

18    currently up and running?  Can you please provide

19    specific detail.

20         A    It is currently up and running.

21         Q    Okay.  How many clients are there?

22         A    One.

23         Q    Okay.  So as of now, basically you have

24    sites that have been running or have run for at

25    least maybe one or two years, but that's about it,

1    right?

2        A    Correct.

3        Q    And that captures your experience in the

4    crypto industry?  Just trying --

5        A    Correct.

6        Q    -- to close the loop.  Sorry, I didn't

7    mean to speak -- continue speaking.  So was that

8    correct?

9        A    Correct.

10        Q    All right.  So we're going to turn to MO

11    POW 3.  So at this point, I'm going to be asking

12    you a line of questions in your representative

13    capacity for that entity.  When was MO POW 3

14    formed?

15        A    It was early 2023.  I don't recall the

16    date right off the top of my head.

17        Q    Who formed it?

18        A    2022, sorry.

19        Q    Okay.  So for the record, just go ahead

20    and state when it was formed.

21        A    It was formed early 2022.

22        Q    Who formed MO POW 3?

23        A    I believe -- I don't know the answer off

24    the top of my head.

25        Q    Where is MO POW 3 based?

*AB Litigation Services*

```
 1        A     Wyoming.

 2        Q     Who owns MO POW 3?

 3        A     I believe -- I believe -- I would have to

 4   check the records on this.  I believe it's Epoch

 5   Mines.

 6        Q     And where is Epoch Mines located?

 7        A     Also Wyoming.

 8        Q     And who owns Epoch Mines?

 9        A     Me, ultimately.

10        Q     You're the sole owner of Epoch Mines?

11        A     Correct.

12        Q     And then Epoch Mines is the sole owner or

13   MO POW 3?

14        A     I believe so.

15        Q     We can take a break if you want to check

16   your records to confirm.

17        A     I would like to check the records on

18   that, and let's come back to that question.

19              MR. GARRETT:  Okay.  Let's take a

20   five-minute break.  Off the record.

21              (Break taken.)

22              MR. GARRETT:  We're back on the record.

23        Q     (BY MR. GARRETT)  And, Mr. Guel, thanks

24   for checking your records to see who owns MO POW 3.

25   What did your records confirm?
```

1       A    It is Epoch Mines.

2       Q    So the trail is that -- or kind of the

3   line of ownership is that MO POW 3 is owned by

4   Epoch Mines.  And in turn, Epoch Mines is owned by

5   you in your individual capacity; is that right?

6       A    It is owned by me and -- it is owned

7   actually by Strategic Global Resources, LLC, which

8   is owned by me.

9       Q    Okay.  So there's four layers.  Epoch

10  Mines is owned by Strategic, and then Strategic is

11  owned by you?

12      A    Correct.

13      Q    Okay.  Thank you.

14      A    You're welcome.

15      Q    What is your role with MO POW 3?

16      A    Well, my role as the ultimate leader of

17  the tower of companies was to make sure that things

18  got done, and I assisted in sales, and I assisted

19  in the development side.

20      Q    Let's break that down a bit.  So in terms

21  of let's start with management of MO POW 3.  Were

22  you the manager of MO POW 3?

23      A    Yes.

24      Q    Is there an operating agreement --

25      A    Yes.

1    contract -- and by "you," again, I mean MO POW 3,

2    since you're the representative -- why couldn't MO

3    POW's site at 400 North Main, Springfield,

4    Missouri, provide the full 35 megawatts to Crypto

5    Infiniti's needs?

6          A    There wasn't enough power available at

7    that substation.

8          Q    Let's turn now to the funds that were

9    paid by Crypto Infiniti to MO POW 3.  Those funds

10   totaled $4,135,250; is that correct?

11         A    Correct.

12         Q    What did MO POW 3 do with that money?

13         A    MO POW 3 purchased five mobile data

14   centers, along with the corresponding transformers.

15   It purchased concrete pads for them to sit on, as

16   well as some other electrical components to connect

17   everything, and poles.

18         Q    And did that deplete -- that work, did

19   that deplete the $4,135,250?

20         A    No.

21         Q    How much did that work that you just

22   summarized cost?

23         A    The exact number, I would have to check,

24   but it was over $2 million.

25         Q    So there is a remaining balance still in

1      Q    What about any type of cryptocurrency?

2   Does MO POW 3 have any cryptocurrency?

3           MR. POPE:  Mr. Guel, don't answer that

4   question.

5      A    I'm not answering the question.

6      Q    (BY MR. GARRETT)  But it's clear, though,

7   that MO POW 3 does not have any cash on hand

8   currently, correct?  Just making it clear for the

9   record.  You already answered that question,

10  Mr. Guel.

11          MR. POPE:  Go ahead, Mr. Guel.

12     A    No.

13     Q    (BY MR. GARRETT)  Let's turn to MO POW 4.

14  And I will just say I'm going to ask these

15  questions in your capacity as MO POW 4's corporate

16  representative.  Down the road here in a bit, I'll

17  try to combine MO POW 3 and 4, as you all have as

18  you pled this case for more efficiencies.  But I

19  want to separate them out because they are two

20  separate entities, correct, Mr. Guel?

21     A    Correct.

22     Q    When was MO POW 4 formed?

23     A    Exact dates, I don't know off the top of

24  my head.  I could find it.  But it was early 2022.

25     Q    And who formed it?

AB Litigation Services

```
1        A    I don't recall.

2        Q    And some of these questions are

3   redundant, I think, with respect to MO POW 3 and 4,

4   but I have to ask them nevertheless to make a clear

5   record.  Who owns MO POW 4?

6        A    Epoch Mines.

7        Q    And Epoch Mines is owned by who?

8        A    Strategic Global Resources, LLC.

9        Q    And then Strategic Global Resources, LLC,

10  is owned by you individually; is that correct?

11       A    Correct.

12       Q    What is your role with MO POW 4?

13       A    Same as it was for MO POW 3.

14       Q    You're the manager?

15       A    Correct.

16       Q    And does MO POW 4 have an operating

17  agreement?

18       A    Yes.

19       Q    And that operating agreement designates

20  you as the manager?

21       A    I believe so, yes.

22       Q    And MO POW 4 is part of the consortium of

23  companies that you testified earlier with respect

24  to MO POW 3?

25       A    Correct.
```

1      A    I still don't understand exactly what

2  you're asking, and I'm not trying to be smart.

3  Please repeat it one more time.  What exactly are

4  you trying to --

5      Q    Let me change it up.  There were several

6  substations that you all were looking at that day,

7  and you told the Crypto Infiniti representative

8  that whichever one of those substations could

9  connect first to the power grid, that that's where

10 Crypto Infiniti's digital currency equipment would

11 be going.

12     A    I don't recall, to be perfectly -- I

13 don't know.

14     Q    So during these site visits on May 16th,

15 2022, did you represent that MO POW 3 and MO POW 4

16 would provide data to Crypto Infiniti concerning

17 management of the EZB containers?

18     A    You have to be more specific.  Are you

19 talking about once their equipment is operational?

20     Q    I think it was data concerning the

21 management of the EZB containers, I think,

22 generally, so before they were hooked up and then

23 during.

24     A    There's nothing to report if they are not

25 hooked up.

1      Q     So obviously, I guess, once they were

2  hooked up, were you willing to give that

3  information?

4      A     I believe the contract was explicit on

5  what information that they have access to.  And as

6  far as it relates to what we had as a discussion on

7  May 16th, 2022, I don't recall exactly the detail

8  of the conversation as it related to what may have

9  changed during negotiations, right?  If you want to

10  ask more specifically, I could try to give you a

11  better answer.

12      Q     On May 16th, 2022, did you tell the MO

13  POW 3 -- sorry.  Let me back up and ask a better

14  question.  I apologize.

15          On May 16th, 2022, did you tell the

16  Crypto Infiniti representative that MO POW 3 and MO

17  POW 4 would manage the EZB containers in a way to

18  avoid overheating issues?

19      A     It is -- no, I never told them.  If the

20  question you're asking me is if I told Crypto

21  Infiniti that we would manage a site where there

22  would never be an overheating issue, the answer is

23  no.

24      Q     During the site visits on May 16th, 2022,

25  did you represent to the Crypto Infiniti

1  representative that Crypto Infiniti representatives

2  could visit the sites any time where the digital

3  currency equipment was to be located?

4      A    What digital currency equipment?

5      Q    Well, when they were up and running,

6  before that equipment was there, I suspect -- was

7  there other equipment at these sites?  We know that

8  it wasn't at the MO POW 4 one, because you

9  testified --

10     A    There was other --

11     Q    -- there was never any build-out at that

12  site.  But the MO POW 3, was anything up and

13  running by May 16th, 2022?

14     A    Yes.

15     Q    Okay.  And so based upon that equipment

16  being up and running, did you represent that Crypto

17  Infiniti representatives could at any time visit

18  the site where their digital currency equipment was

19  to be located in the future?

20          MR. POPE:  Mr. Guel, before you answer

21  that, Counsel, I'm going to object as beyond the

22  topics designated either in his capacity for MO POW

23  3 or MO POW 4; it took me a second, but you were

24  asking about allegations in the first amended

25  counterclaim.  He is not designated to talk about

1    those.

2              MR. GARRETT:  Let's switch to individual

3    capacity then.

4        A    Okay.  Your question is still not clear.

5        Q    (BY MR. GARRETT)  Okay.

6        A    Again, I'm not trying to be -- we're not

7    trying to be smart here.  I really don't understand

8    exactly what you're looking for.  Try and be

9    specific in your question.

10       Q    Thank you.  Thanks for that instruction.

11   I'll do my best.

12             On May 16th, 2022, at the MO POW 3 site,

13   was there equipment up and running at all from any

14   other customer?

15       A    Yes.

16       Q    Okay.  And so based upon that equipment

17   being up and running, did you represent to Crypto

18   Infiniti that they could come to that site any time

19   and check things out?

20       A    No.

21       Q    So on June 7th -- let's switch gears now

22   to June 7th, 2022.  A Crypto Infiniti

23   representative conducted a second site visit in

24   Green County, Missouri.  Were you aware of the site

25   visit?

1           MR. POPE:  Go ahead, Mr. Guel.

2      A    You've got to be more specific.

3      Q    (BY MR. GARRETT)  Yeah.  So there are two

4  separate contracts.  One has a certain amount of

5  megawatt, the other a certain amount of megawatt.

6  Both contracts are with separate entities.  One is

7  with MO POW 3; one is with MO POW 4.  Why was the

8  agreements -- why were the agreements structured

9  that way?

10      A    The initial agreements were separated due

11  to availability of power at different sites.

12      Q    Okay.  So MO POW 3, its capacity only had

13  up to, what, 15 megawatts; is that correct?

14      A    I believe close to that number, yes.  I

15  don't recall the exact availability of the city

16  utility substation, but yes.

17      Q    Okay.

18      A    It's fair to say it could not accommodate

19  all 35.

20      Q    Okay.  That makes sense.  All right.  Was

21  MO POW 3 operating at both sites?

22      A    No.

23      Q    Just the one site, 400 North Main?

24      A    Correct.

25      Q    Was MO POW 4 operating at any other site

1   except the Strafford site?

2       A    No.

3       Q    So they were very isolated, and this was

4   their sole, I guess, operations, respectively, for

5   MO POW 3 and MO POW 4?

6       A    Correct.

7       Q    So let's turn for a second with respect

8   to Mason LaGrange.  Who is Mason LaGrange?

9       A    Mason LaGrange is somebody that worked

10  for the association of companies that provided

11  operational support and technical support.

12      Q    All right.  How did he come to be part of

13  the companies?  Was he with Rebel Mining?

14      A    I have a lawnmower guy in the back.  I

15  hope you can still hear over me.

16      Q    Yeah.  We can't even hear the mower.

17      A    Okay.  Good.  I apologize.  So please

18  repeat the question.

19      Q    Was Mason LaGrange -- is or was he with

20  Rebel Mining?

21      A    Not at that time.

22      Q    Let's just talk about it for a second

23  then.  At what time?

24      A    I don't remember.

25      Q    This is kind of a confusing line of