EXHIBIT B

*AB Litigation Services*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

Civil Action No. 1:22-CV-00155-KHR

-------------------------------------------------------

VIDEOCONFERENCE DEPOSITION OF CHARLES R. CIANCANELLI
November 29, 2023

-------------------------------------------------------

MO POW 3, LLC and MO POW 4, LLC,

Plaintiffs,

vs.

CRYPTO INFINITI LLC,

Defendant.

-------------------------------------------------------

APPEARANCES:

      HATHAWAY & KUNZ, LLP
          By Tyler J. Garrett, Esq.
            Kari Hartman, Esq.
            2515 Warren Avenue, Suite 500
            P.O. Box 1208
            Cheyenne, Wyoming 82001
              Appearing via videoconference on
              behalf of Plaintiffs.

      HOLLAND & HART, LLP
          By Jeffrey S. Pope, Esq.
            2020 Carey Avenue, Suite 800
            Cheyenne, Wyoming 82001
              Appearing via videoconference on
              behalf of Defendant.

1      Q    The physical development side.

2      A    So physically, no.

3      Q    No, as in there had been no physical

4   development?

5      A    No.

6      Q    What about the current status of the site?

7   Do you have any knowledge of anything being built

8   out physically at that site?

9      A    No knowledge.

10     Q    And in your experience and, you know, in

11   the construction industry, why couldn't that site,

12   400 North Main, Springfield, Missouri, have provided

13   the full 35 megawatts, do you know?

14     A    There's substations that provide the load

15   for the power, electricity, and that was -- that

16   site was only able to provide a load for whatever

17   the utility companies would tell us for.  I believe

18   that was a 15-megawatt site that they were able to

19   provide a load for.

20     Q    Okay.  Let me turn to another site.  5501

21   East Farm Road 112, Strafford, Missouri.  That

22   address ring a bell?

23     A    Yes.

24     Q    Okay.  Let's walk through that site, and

25   tell me what you know about it.