# EXHIBIT 3

**Page 1**

```
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING
Civil Action No. 1:22-CV-00155-KHR
-------------------------------------------------
VIDEOCONFERENCE DEPOSITION OF CHARLES R. CIANCANELLI
November 29, 2023
-------------------------------------------------
MO POW 3, LLC and MO POW 4, LLC,
Plaintiffs,
vs.
CRYPTO INFINITI LLC,
Defendant.
-------------------------------------------------
APPEARANCES:
    HATHAWAY & KUNZ, LLP
        By Tyler J. Garrett, Esq.
          Kari Hartman, Esq.
          2515 Warren Avenue, Suite 500
          P.O. Box 1208
          Cheyenne, Wyoming 82001
            Appearing via videoconference on
            behalf of Plaintiffs.
    HOLLAND & HART, LLP
        By Jeffrey S. Pope, Esq.
          2020 Carey Avenue, Suite 800
          Cheyenne, Wyoming 82001
            Appearing via videoconference on
            behalf of Defendant.
```

**Page 2**

1  Pursuant to Notice and the Federal Rules
2  of Civil Procedure, the deposition of CHARLES R.
3  CIANCANELLI, called by Plaintiff, was taken on
4  Wednesday, November 29, 2023, commencing at
5  9:00 a.m., via remote videoconference, before
6  Vanessa D. Campbell, Registered Professional
7  Reporter within and for the State of Colorado.
8
9              I N D E X
10 VIDEOCONFERENCE DEPOSITION OF CHARLES R. CIANCANELLI
11 EXAMINATION BY:                              PAGE
12     Mr. Garrett                               3
13     Ms. Hartman                              --
14     Mr. Pope                                 --
15
16 EXHIBITS
17     (None)

**Page 3**

1              P R O C E E D I N G S
2              CHARLES R. CIANCANELLI,
3  being first duly sworn in the above cause, was
4  examined and testified as follows:
5                  EXAMINATION
6  BY MR. GARRETT:
7     Q    Good morning, Mr. Ciancanelli.  My name is
8  Tyler Garrett.  I'm an attorney with the law firm of
9  Hathaway & Kunz here in Cheyenne, Wyoming, and we
10 represent Crypto Infiniti.  So I'd like to start by
11 just asking you some just general questions about
12 you, yourself.  I don't know anything about you, but
13 your name came up as someone who may have
14 information with regard to the subject case.
15         So just some housekeeping matters just to
16 get started.  Have you ever been deposed before?
17    A    Yes.
18    Q    When?
19    A    When, meaning the last time?
20    Q    Yeah, let me back up.  How many times have
21 you been deposed?
22    A    Well, the number would be quite large,
23 but, oh, 20, 30 times, maybe.
24    Q    Are those all cases that you were a part
25 of, or --

**Page 4**

1     A    Yeah, I was in law enforcement for 18-1/2
2  years, so ...
3     Q    Oh, wow.  Gotcha.  Well, thanks for your
4  service.
5     A    Thank you.
6     Q    So those -- those cases didn't -- you
7  weren't a party to the case.  You were a witness to
8  the case; is that right?
9     A    Yeah, a witness.
10    Q    Okay.  So, you know -- you know, please
11 answer all the questions audibly.  No shaking of the
12 head or nodding.  It's really difficult for the
13 court reporter to capture your answer without an
14 audible answer.
15        These types of video depositions are
16 sometimes tough because we talk over each other.
17 It's just not a natural environment for -- to have a
18 conversation.  But let's try to do our best to not
19 talk over each other.  I'll ask the question and you
20 can answer once I'm done.  Sometimes I linger with
21 my question, so I apologize in advance.
22        Any reason, such as medications or
23 anything else, that would preclude you from
24 answering truthfully and accurately today?
25    A    No.

Page 13

1   A   That's all you would need.
2   Q   How much was the building permit?
3   A   I don't recall.
4   Q   Less than a thousand dollars?
5   A   Couldn't answer that.
6   Q   But you facilitated obtaining that permit?
7   A   That's correct.
8   Q   But you can't recall -- I mean, is it safe
9   to say it was less than $5,000?
10  A   I can't safely say that, because I'm under
11  oath and I don't know exactly what it cost, so I
12  have no idea what the ballpark range is either.
13  Q   But a building permit, I mean, in your
14  experience doesn't cost that much.
15  A   It's -- well, it depends on where you're
16  at.  Some states it's the cost of what the project
17  is, a percentage; some just have flat fees.
18  Q   But you have no recollection of what the
19  building permit here cost.
20  A   No, sir.
21  Q   Okay.  So aside from the building permits,
22  what other actual work was performed on the site?
23  You said you prepped it for a scope of work.  That
24  included obtaining permits and then also the
25  buildout.  Did the buildout actually occur?

Page 14

1   A   No.  All the preparation is what I
2   explained earlier, is scope of work -- you know, the
3   layout of the site, working with the engineers,
4   getting that information together, so that way you
5   have engineer drawings to go in to acquire permits
6   to get the approval to do the actual development.
7   Q   I see.  So a lot of paperwork was done but
8   no actual physical development was conducted on the
9   site.
10  A   No.
11  Q   So it's safe to say -- and this is
12  redundant, and I apologize, but I do want to make
13  sure that the record's clear.
14      So it's safe to say in May of '22 the
15  state of the site was that there had been no --
16  there had not been any actual physical development
17  on the site, that site being 400 North Main,
18  Springfield, Missouri.
19  A   Correct.
20  Q   Okay.  And then the status of the site as
21  of July 19, 2022, when this action was filed, the
22  same, there was no development at the site of 400
23  North Main, Springfield, Missouri; is that correct?
24  A   Development, would you be a little bit
25  more detailed on that, please.

Page 15

1   Q   The physical development side.
2   A   So physically, no.
3   Q   No, as in there had been no physical
4   development?
5   A   No.
6   Q   What about the current status of the site?
7   Do you have any knowledge of anything being built
8   out physically at that site?
9   A   No knowledge.
10  Q   And in your experience and, you know, in
11  the construction industry, why couldn't that site,
12  400 North Main, Springfield, Missouri, have provided
13  the full 35 megawatts, do you know?
14  A   There's substations that provide the load
15  for the power, electricity, and that was -- that
16  site was only able to provide a load for whatever
17  the utility companies would tell us for.  I believe
18  that was a 15-megawatt site that they were able to
19  provide a load for.
20  Q   Okay.  Let me turn to another site.  5501
21  East Farm Road 112, Strafford, Missouri.  That
22  address ring a bell?
23  A   Yes.
24  Q   Okay.  Let's walk through that site, and
25  tell me what you know about it.

Page 16

1   MR. POPE:  Object to form.
2   A   Yeah, I was going to ask what -- what do
3   you mean what do I know?  Can you be more specific?
4   Q   (By Mr. Garrett)  So -- yeah.  What --
5   what work did you perform at that site located at
6   5501 East Farm Road 112, Strafford, Missouri?
7   A   I've performed -- like what exactly work
8   are you asking for?  I did a buildout there.
9   Q   Let's talk about the buildout.
10  A   Okay.
11  Q   What do you mean by buildout?
12  A   Well, the infrastructure to house digital
13  currency equipment, meaning I, you know, had
14  contractors come in to do the installation of the
15  infrastructure, to run the power, grading, fencing,
16  security, storage.
17  Q   Is that what you mean by infrastructure?
18  A   Yes.
19  Q   All right.  So grading, security, storage.
20  Are those all that makes up what you consider
21  infrastructure?
22  A   And the power grid also.
23  Q   You mean power, running powerlines, or --
24  A   Yes.  The electricity, overhead
25  powerlines, connecting transformers.  It's

Page 17

```
 1  basically -- it's basically a plug-and-play system.
 2  They have these modular data centers that they run
 3  their -- house their computer servers in.  So it's
 4  not too difficult.  It's not like building a
 5  commercial or a residential building where you have
 6  to have plumbing and, you know, the electric, HVAC,
 7  all the mechanicals and then an actual structure.
 8  These are mobile data units, so it's pretty much a
 9  plug-and-play.  Goes up pretty quickly once you have
10  all the equipment.
11       Q    When you started at this site, 5501 East
12  Farm Road 112, Strafford, Missouri, was there
13  already infrastructure in place, or was it just a
14  vacant piece of land?
15       A    When I started it was -- everything was
16  greenfield.  That's what we call it, vacant land.
17       Q    Okay.  So let's start from the beginning.
18  You were brought on by either Pangea or Amalgamated,
19  and -- to help develop this site, and it was
20  greenfield, meaning it was vacant.
21            So let's start from the beginning.  I
22  suspect you did preplanning and getting the scope of
23  work.  Will you just start from the beginning of how
24  all your work on that site went down?
25       A    Yeah.  So I would be told from Tom he has
```

Page 18

```
 1  a site with X amount of power available and that he
 2  needs to, you know, build it out for that size site.
 3  And then I would do -- all my homework would be
 4  involved in doing -- getting the site prepped for
 5  that, which I explained earlier.  If there are
 6  engineer drawings, contractor bidding, getting the
 7  site prepped, mobilization, excavation, grading,
 8  security fencing, concrete work, and then all the
 9  electrical work.
10       Q    And all that was --
11       A    Setting all the equipment also.
12       Q    And all of that work was actually
13  conducted and completed.
14       A    Yes.
15       Q    Do you know whether that work was done for
16  MO POW 3 or a different company?
17       A    I don't know who it was done for.
18       Q    I'm going to put a pin here for a second.
19  I'm going to back up and ask a couple of questions.
20  How long have you known Thomas Guel?
21       A    Over 30 years.
22       Q    You guys have a long personal
23  relationship, long before getting into business
24  together, it sounds like.
25       A    Yeah, I know him from school.
```

Page 19

```
 1       Q    Oh, you guys are about the same age?
 2       A    Yes.
 3       Q    Okay.
 4       A    I know I don't look it, but I'm a little
 5  bit younger than him.  Actually older, though.
 6       Q    Were you actually physically on-site in
 7  Missouri at either the 5501 East Farm Road site or
 8  the 400 North Main site?
 9       A    Is there a given time you're asking, or
10  just a general question?
11       Q    During the -- during your -- your work
12  that you conducted.
13       A    Was I on-site?
14       Q    Uh-huh.
15       A    That's your question?  Yes.
16       Q    Yes.
17       A    Yes is my answer.
18       Q    How long?
19       A    Weeks to months.
20       Q    Okay.  That was kind of a compound
21  question.  I asked about two sites, so let's break
22  it down a second.
23            The 400 North Main, Springfield, Missouri
24  site, I don't imagine you were there very long
25  because there was actually nothing ever done on that
```

Page 20

```
 1  site; is that correct?
 2       A    For that, yeah, it would be a matter of
 3  just weeks that I would be working with the City of
 4  Springfield and then the engineers and contractors.
 5       Q    Okay.  And then with respect to the -- the
 6  5501 East Farm Road 112, Strafford, Missouri site,
 7  how long were you at that site in person?
 8       A    Three months.  90 days, approximately.
 9       Q    Okay.  Did you have to go through any type
10  of regulatory red tape with respect to your work at
11  that site?
12            MR. POPE:  Object to form.  Go ahead.
13       A    Can you be a little bit more detailed?
14  What do you mean by red tape or --
15       Q    (By Mr. Garrett)  Yeah, did you need to
16  get authorization to conduct business in Missouri
17  before you did your work?
18       A    By a State or government body you're
19  asking, or --
20       Q    Yes.
21       A    No.
22       Q    So in terms of communicating with Thomas
23  Guel regarding either of these sites and your work
24  on these sites, did you correspond by e-mail?
25       A    Sometimes.  The majority of the time was
```

Page 41

```
 1       A    To date, or for the project in -- yeah,
 2   for the project that we're talking about, yes, I'm
 3   fully paid.
 4            MR. GARRETT:  Mr. Ciancanelli, those are
 5   all the questions I have.  I thank you for your time
 6   an also for your service in law enforcement.  I'll
 7   turn it over to Jeff, your counsel, and ask if he
 8   has any follow-up, and if not we can conclude.
 9            MR. POPE:  I don't have any questions, and
10   we will read and sign.
11            THE COURT REPORTER:  Do you both like to
12   get electronic copies of the transcript?
13            MR. GARRETT:  Yes, please.
14            MR. POPE:  Yes, please.
15            (The deposition concluded at 10:07 a.m.,
16             November 29, 2023.)
```

Page 42

```
 1            I, CHARLES R. CIANCANELLI, do hereby
 2   certify that I have read the foregoing transcript
 3   and that the same and accompanying amendment sheets,
 4   if any, constitute a true and complete record of my
 5   testimony.

 7                       _____
                         Signature of Deponent

                    (   ) No amendments
 9                  (   ) Amendments attached

            Acknowledged before me this _____ day of
11
              _____, 2023.

13            Notary Public: _____
14            My commission expires _____
15            Seal:

17   VDC
```

Page 43

```
 1   STATE OF COLORADO  )
 2                      )  ss.     REPORTER'S CERTIFICATE
 3   COUNTY OF DENVER   )
 4          I, Vanessa D. Campbell, do hereby certify
 5   that I am a Registered Professional Reporter within
 6   the State of Colorado; that previous to the
 7   commencement of the examination, the deponent was
 8   duly sworn to testify to the truth.
 9          I further certify that this deposition was
10   taken in shorthand by me at the time and place
11   herein set forth and was thereafter reduced to
12   typewritten form, and that the foregoing constitutes
13   a true and correct transcript.
14          I further certify that I am not related
15   to, employed by, nor of counsel for any of the
16   parties or attorneys herein, nor otherwise
17   interested in the result of the within action.
18          In witness whereof, I have affixed my
19   signature this 7th day of December, 2023.

                    [signature]
                    Vanessa D. Campbell, RPR, CRR
22                  216 - 16th Street, Suite 600
                    Denver, Colorado  80202
```

Page 44

```
 1   AB LITIGATION SERVICES
     216 -16th Street, Suite 600
 2   Denver, Colorado  80202
 3   December 7, 2023
 4   Jeffrey S. Pope, Esq.
     2020 Carey Avenue, Suite 800
 5   Cheyenne, Wyoming 82001
 6   Re:   Deposition of CHARLES R. CIANCANELLI
           MO POW 3 vs. Crypto Infiniti
 7         Civil Action No. 1:22-CV-00155-KHR
 8   The aforementioned deposition is ready for reading
     and signing.  Please attend to this matter by
 9   following BOTH of the items indicated below:
10   _____ Call 303-296-0017 and arrange with us to read
           and sign the deposition in our
11         office
12   _XXX_ Have the deponent read your copy and sign the
           signature page and amendment sheets, if
13         applicable; the signature page is attached
14   _____ Read the enclosed copy of the deposition and
           sign the signature page and amendment sheets,
15         if applicable; the signature page is attached
16   _XXX_ WITHIN 30 DAYS OF THE DATE OF THIS LETTER
17   _____ by _____ due to a trial date of _____
18   Please be sure the original signature page and
     amendment sheets, if any, are SIGNED BEFORE A NOTARY
19   PUBLIC and returned to AB Litigation Services for
     filing with the original deposition.  A copy of
20   these changes should also be forwarded to counsel of
     record.  Thank you.
21
22   AB LITIGATION SERVICES
23   cc:  All Counsel
```