# EXHIBIT 4

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF WYOMING

 3   ------------------------------------------------------
     MO POW 3, LLC, and
 4   MO POW 4, LLC,

 5           Plaintiffs,

 6     vs.                          Case No. 1:22-CV-155-SWS

 7   CRYPTO INFINITI, LLC,

 8              Defendant.
     ------------------------------------------------------
 9

10
         30(b)(6) VIDEOCONFERENCE DEPOSITION OF JINWEI ZHANG
11                  Taken in behalf of Plaintiffs

12                     9:55 a.m., Thursday
                        November 16, 2023
13

14        PURSUANT TO NOTICE, the 30(b)(6) videoconference

15   deposition of JINWEI ZHANG was taken in accordance with

16   the applicable Federal Rules of Civil Procedure before

17   Randy A. Hatlestad, a Registered Merit Reporter and a

18   Notary Public in and for the State of Wyoming.

19

20

21

22

23

24

25
```

1         A.    Cost of capital.

2         Q.    Let's take those in sequence.  What is the

3    total lost income Crypto alleges it has suffered in this

4    case?

5         A.    That, I have to go back to calculate them day

6    by day.  And I can't give you a number at the moment,

7    because as each day goes by, there will be more loss of

8    income.  The loss of income will be calculated based on

9    the amount generated minus amount over what's needed to

10   pay to Mr. Guel.  And every single day, that will be a

11   different number.

12        Q.    What has Crypto Infiniti done to mitigate the

13   loss of income?

14        A.    We tried to find the other site to be able to

15   host us, but we have not successfully found a location

16   for all our miners.  So we have a loss of miners in the

17   Utah facility.  Sorry.  I need to add one more thing.

18   The cost of our facility will have the storage of those

19   miners.

20        Q.    Let's stay on the cost of the storage.  What is

21   the cost to Crypto Infiniti of storing the miners?

22        A.    I have to check on the invoice that we get from

23   the Utah facility.  And I can get that to you later.

24        Q.    I think the other category you mentioned was

25   cost of capital.  Why does Crypto Infiniti assert it has

1   suffered cost-of-capital damages in this case?

2       A.   Well, we paid Mr. Guel over $4 million.  And

3   the $4 million has a cost for us to get it and also

4   has -- if we invest in another place in order to have

5   income, that is also a loss.  So the cost of capital has

6   a category underneath that.  Simply, inflation would put

7   the capital in the bank, how much interest we're going to

8   make.  And then there's also loss of investment

9   opportunity.  And there's also kind of the cost of

10  capital of things we could -- anyway, so it's lost

11  opportunity to invest in capital and the cost of the

12  inflation and everything and depreciation of money.

13  There's just a lot of things including the cost of

14  capital.

15      Q.   What is the amount of cost-of-capital damages

16  Crypto alleges it has suffered in this case?

17      A.   We have to look into that.  We can give you a

18  number later.  And I think as each single day passes by,

19  that number changes.  With current, the interest rate is

20  so high.  I believe it's probably even higher every

21  single day.  Hard for me to just give you a number at the

22  moment.

23      Q.   For the cost-of-capital calculation, is that a

24  number that your accounting or someone who handles your

25  finances would need to generate?

1    A.    Yes.  That's correct.  I would rely on

2    professionals to generate that.

3    Q.    Does Crypto Infiniti contend that MO POW 3 has

4    a duty to refund the approximately $4.1 million paid in

5    this case?

6    A.    Yes.  The hosting service which was never

7    provided to us.

8              MR. POPE:  Give me one second to double-

9    check my notes, and then I think I'll be able to wrap up.

10   Give me just one second.

11             (Pause in proceedings.)

12             MR. POPE:  I don't have any more

13   questions.  I just wanted -- your lawyer will have the

14   opportunity to ask questions if he'd like.  But I just

15   wanted to say thank you for your time.  I appreciate your

16   attention.

17             THE DEPONENT:  Thank you, Jeffrey.

18             MR. GARRETT:  No questions from me.  We'll

19   review and sign.

20             (Deposition proceedings concluded

21             12:11 p.m., November 16, 2023.)

22

23

24

25

1                    C E R T I F I C A T E

2

3              I, RANDY A. HATLESTAD, a Registered Merit

4    Reporter and a Notary Public of the State of Wyoming, do

5    hereby certify that the aforementioned deponent was by me

6    first duly sworn to testify to the truth, the whole

7    truth, and nothing but the truth;

8              That the foregoing transcript is a true record

9    of the testimony given by the said deponent, together

10   with all other proceedings herein contained.

11             IN WITNESS WHEREOF, I have hereunto set my hand

12   and affixed my notarial seal this 4th day of December,

13   2023.

14

15

16

17   _____
         RANDY A. HATLESTAD
18       Registered Merit Reporter

19

20

21

22

23   My Commission Expires April 2, 2024.

24

25