Jeffrey S. Pope (Wyo. State Bar # 7-4859)
Kasey J. Schlueter (Wyo. State Bar # 8-6521)
HOLLAND & HART LLP
2020 Carey Avenue, Suite 800
P.O. Box 1347
Cheyenne, WY 82003-1347
Telephone: 307.778.4200
Facsimile:  307.778.8175
JSPope@hollandhart.com
KJSchlueter@hollandhart.com

ATTORNEYS FOR PLAINTIFFS
MO POW 3, LLC AND MO POW 4, LLC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| MO POW 3, LLC and MO POW 4, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> CRYPTO INFINITI LLC, <br><br> Defendant. | Civil Action No. 1:22-CV-155-SWS |

## STIPULATED REQUEST FOR HEARING ON PARTIES' SUMMARY JUDGMENT MOTIONS

Plaintiffs MO POW 3, LLC and MO POW 4, LLC (collectively "Plaintiffs") and Defendant Crypto Infiniti LLC (Crypto), by and through their undersigned counsel, hereby move this Court to schedule a hearing to hear arguments on the pending motions for summary judgment:

1.      The Court's Initial Pretrial Order set a dispositive motions hearing for January 4, 2024. (ECF 40 at 8.) The Court vacated that hearing as part of its Order Granting Defendant's Motion for Continuance, allowing counsel to request a new date if they deem it necessary. (ECF 48.)

2. The parties have filed cross motions for summary judgment and responses. (ECF 51, 52, 58, and 59.) Counsel have conferred and believe that a hearing rather than reply briefing would be best to address the dispositive motions.

3. Therefore, the Parties request the Court set a hearing on the parties' dispositive motions at an appropriate date and time. A proposed order is filed herewith.

DATED: January 16, 2024.

/s/ Jeffrey S. Pope
Jeffrey S. Pope (Wyo. State Bar # 7-4859)
Kasey J. Schlueter (Wyo. State Bar # 8-6521)
HOLLAND & HART LLP
2020 Carey Avenue, Suite 800
P.O. Box 1347
Cheyenne, WY 82003-1347
Telephone: 307.778.4200
JSPope@hollandhart.com
KJSchlueter@hollandhart.com

ATTORNEYS FOR PLAINTIFFS
MO POW 3, LLC and MO POW 4, LLC


/s/ Matthew D. Kaufman
Matthew D. Kaufman
Melissa K. Burke
Tyler John Garrett
Kari Hartman
HATHAWAY & KUNZ
2515 Warren Avenue, Suite 500
P.O. Box 1208
Cheyenne, WY 82003-1208
Telephone: 307.634.0985
mkaufman@hkwyolaw.com
mburke8109@hotmail.com
tgarrett@hkwyolaw.com
khartman@hkwyolaw.com

ATTORNEYS FOR DEFENDANT
CRYPTO INFINITI LLC