# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| MO POW 3, LLC and MO POW 4, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> CRYPTO INFINITI LLC, <br><br> Defendant. | Civil Action No. 1:22-CV-155-SWS |

## ORDER GRANTING STIPULATED REQUEST FOR HEARING ON PARTIES' SUMMARY JUDGMENT MOTIONS

THIS MATTER having come before the Court on the Parties' Stipulated Request for Hearing on Parties' Summary Judgment Motions, and the Court finding good cause therefore;

IT IS HEREBY ORDERED that a hearing on the Parties' dispositive motions is set for _____, 2024 at \_\_\_\_\_ a.m./p.m. A total of _____ is set aside for the hearing.

DATED this \_\_\_\_\_ day of _____ 2024.

_____
DISTRICT COURT JUDGE

Copies to:
Jeffrey S. Pope/Kasey J. Schlueter
Matthew D. Kaufman/Tyler J. Garrett/Melissa K. Burke/Kari Hartman

31242889_v1