

**FILED**

4:14 pm, 1/17/24

**Margaret Botkins
Clerk of Court**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| MO POW 3, LLC and MO POW 4, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CRYPTO INFINITI LLC,<br><br>Defendant. | Civil Action No. 1:22-CV-155-SWS |

**ORDER GRANTING STIPULATED REQUEST FOR HEARING ON PARTIES'
SUMMARY JUDGMENT MOTIONS**

THIS MATTER having come before the Court on the Parties' Stipulated Request for Hearing on Parties' Summary Judgment Motions, and the Court finding good cause therefore;

IT IS HEREBY ORDERED that a hearing on the Parties' dispositive motions is set for February 8, 2024 at 9:00 AM via Zoom video. A total of 90 minutes is set aside for the hearing.

DATED this 17th day of January, 2024.

_____
U.S. MAGISTRATE JUDGE

Copies to:
Jeffrey S. Pope/Kasey J. Schlueter
Matthew D. Kaufman/Tyler J. Garrett/Melissa K. Burke/Kari Hartman

31242889_v1