

**FILED**

**Margaret Botkins**
**Clerk of Court**

10:32 am, 2/8/24

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

MO POW 3 LLC et al

                Plaintiff,

vs.

            Case Number: 22-CV-155-KHR

CRYPTO INFINITI LLC

                Defendant.

## CIVIL MINUTE SHEET STATUS CONFERENCE

☑ Motions Hearing

Date: 02/08/2024    Time: 9:03 - 10:13 AM

| Kelly H. Rankin | MiYon Bowden | Melanie Sonntag | Joseph Layzell |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)    Jeffrey Pope, Kasey Schlueter

Attorney(s) for Defendant(s)    Kari Hartman, Tyler Garrett

Other:

Court heard arguments from parties on the cross motions for summary judgment.

| Pltf/Dft | Doc # | Motion to/for | Disposition |
|---|---|---|---|
| Plaintiff | 51 | Amended Motion for Summary Judgment | Under Advisement |
| Defendant | 52 | Motion for Summary Judgment | Under Advisement |