FILED

2:37 pm, 3/12/24

U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| MO POW 3, LLC and MO POW 4, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> CRYPTO INFINITI, LLC, <br><br> Defendant. | Case No.  22-CV-155-KHR |

## ORDER ON BRIEFING

On March 12, 2024, the Court held a status conference in this matter to discuss the best course of action to resolve the remaining issues in this case. After discussion, the Court and parties agreed to the following briefing schedule and vacated all other deadlines.

**OPENING BRIEFS: April 19, 2024**

The parties shall file their respective opening briefs for the remaining issues which it owes the burden of proof on or before April 19, 2024. Opening briefs are limited to twenty-five (25) pages in accordance with Local Rule 7.1(b)(2)(B).

**RESPONSIVE BRIEFS: MAY 3, 2034**

The parties shall file their respective response briefs on or before May 3, 2024. Responsive briefs are limited to twenty-five (25) pages in accordance with Local Rule 7.1(b)(2)(B).

**REPLIES: MAY 10, 2024**

Any replies are due by May 10, 2024. Reply briefs are limited to ten (10) pages in accordance with Local Rule 7.1(b)(2)(C).

Dated this 12th day of March, 2024.

Kelly H. Rankin
United States Magistrate Judge