# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

*2:48 pm, 3/12/24*

**Margaret Botkins**
**Clerk of Court**

MO POW 3 LLC et al

          Plaintiff,

vs.

          Case Number: 22-CV-155-KHR

CRYPTO INFINITI LLC

          Defendant.

## CIVIL MINUTE SHEET STATUS CONFERENCE

☑ Status Conference Only

Date: 03/12/2024    Time: 2:07 - 2:19 PM

| Kelly H. Rankin | MiYon Bowden | N/A | Joseph Layzell |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)    Kasey Schlueter, Jeffrey Pope

Attorney(s) for Defendant(s)    Kari Hartman, Tyler Garrett

Other:

Court held a telephonic status conference with parties to determine a new briefing schedule. Opening brief will be due by 4/19/24, Responses due by 5/3/24, and replies due by 5/10/24. Remaining deadlines and bench trial are vacated. Briefing order reflecting these dates to be entered.