# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| MO POW 3, LLC and MO POW 4, LLC,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CRYPTO INFINITI LLC,<br><br>　　　　Defendant. | Civil Action No. 1:22-CV-155-KHR |

## ORDER GRANTING PLAINTIFFS' MOTION FOR MANDATORY DISPUTE RESOLUTION AND STAY OF BRIEFING

THIS MATTER having come before the Court on Plaintiffs MO POW 3, LLC and MO POW 4, LLC's ("Plaintiffs") *Motion for Mandatory Dispute Resolution and Stay of Briefing*, and the Court being fully advised in the premises, finds good cause to grant said *Motion*.

IT IS THEREFORE ORDERED that this matter be assigned to alternative dispute resolution through mediation.

IT IS THEREFORE ORDERED that the current briefing schedule in this matter is stayed pending the outcome of mediation.

IT IS FURTHER ORDERED that if the parties are unable to resolve this matter through mediation, the parties may file an amended updated scheduling order.

DATED this ___ day of _____, 2024.

_____
HON. KELLY H. RANKIN
UNITED STATES MAGISTRATE JUDGE