Matthew D. Kaufman, WSB #6-3960
Tyler J. Garrett, WSB #6-4400
Melissa K. Burke, WSB #7-5694
Kari Hartman, WSB #8-6507
HATHAWAY & KUNZ, LLP
P. O. Box 1208
Cheyenne, WY  82003-1208
(307) 634-7723
(307) 634-0985 (fax)
mkaufman@hkwyolaw.com
tgarrett@hkwyolaw.com
mburke@hkwyolaw.com
khartman@hkwyolaw.com

ATTORNEYS FOR DEFENDANT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| MO POW 3, LLC and MO POW 4, LLC, | ) |
| Plaintiffs, | ) |
| vs. | ) Civil Action No. 1:22-CV-00155-KHR |
| CRYPTO INFINITI LLC, | ) |
| Defendant. | ) |

## DEFENDANT'S RESPONSE IN OPPOSITION TO *PLAINTIFFS' MOTION FOR MANDATORY DISPUTE RESOLUTION AND STAY OF BRIEFING*

Defendant, Crypto Infiniti LLC, submits this partial opposition to *Plaintiffs' Motion for Mandatory Dispute Resolution and Stay of Briefing* [DOC 68] (the "*Motion*").

1. Crypto Infiniti has raised the potential of settlement throughout this case and appreciates that Plaintiffs are now receptive to resolving this matter amicably. As such, Crypto Infiniti has no objection to utilizing a mediator to hopefully move the needle and help get this matter fully and finally resolved.

2. However, Crypto Infiniti takes issue with Plaintiffs' attempt to delay the required briefing regarding damages that is due this week. Pursuant to the Court's *Order*, Crypto Infiniti has been diligently working on its *Brief on Damages* and is ready to file. Yet, at the eleventh-hour Plaintiffs now seek to avoid filing their own brief on damages.  It's difficult to accept that Plaintiffs have not yet been working on their brief and ask the Court to give them a pass on the required work that is due in just a few days.

3. Furthermore, Crypto Infiniti believes that having the parties file their respective briefs will aid in the mediation, as the parties will be able to review each other's legal positions and total claimed damages. It's difficult to discern why Plaintiffs would prefer to keep such lurking in the shadows rather than putting some cards face up on the table.

WHEREFORE, Crypto Infiniti requests that the Court deny Plaintiffs' *Motion* in regard to the request to stay the briefing on damages but does not oppose mediation.

DATED this 17th day of April 2024.

        HATHAWAY & KUNZ, LLP,

        By: */s/   Tyler Garrett*
          Matthew D. Kaufman, WSB #6-3960
          Tyler J. Garrett, WSB #6-4400
          Melissa K. Burke, WSB #7-5694
          Kari Hartman, WSB #8-6507
          Hathaway & Kunz, LLP
          2515 Warren Ave. Ste 500
          P.O. Box 1208
          Cheyenne, WY 82003
          Phone:  307-634-7723
          Fax:  307-634-0985

        ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

  This is to certify that on the 17th day of April 2024, a true and correct copy of the foregoing was served upon counsel as follows:

| | |
|---|---|
| Jeffrey S. Pope | [ ✓ ] CM/ECF/Electronic Filing |
| Kasey J. Schlueter | [   ] U.S. Mail |
| Holland & Hart, LLP | [   ] Fax: |
| 2020 Carey Ave., Suite 800 | [   ] E-mail |
| P.O. Box 1347 | |
| Cheyenne, WY 82003-1347 | |

                */s/ Hayley Wheeler*
                Hathaway & Kunz, LLP

DEFENDANT'S RESPONSE IN OPPOSITION

PAGE 3 OF 3