# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| MO POW 3, LLC and MO POW 4, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> CRYPTO INFINITI LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:22-CV-00155-KHR <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER GRANTING IN PART AND DENYING IN PART
### *PLAINTIFFS' MOTION FOR MANDADTORY DISPUTE RESOLUTION AND STAY OF BRIEFING*

**THIS MATTER** comes before the Court on *Plaintiffs' Motion for Mandatory Dispute Resolution and Stay of Briefing* [DOC 68] and *Defendant's Response in Opposition to* Plaintiffs' Mandatory Dispute Resolution and Stay of Briefing, filed April 17, 2024. Having reviewed the file and being otherwise fully advised, the Court finds the Plaintiffs' Motion should be GRANTED in part and DENIED in part.

**IT IS HEREBY ORDERED** that parties shall engage in mandatory dispute resolution on or before _____, 2024.

**IT IS FURTHER ORDERED** that the current Briefing schedule shall remain intact.

**IT IS SO ORDERED.**

DATED this _____ day of _____ 2024.

_____
KELLY H. RANKIN
UNITED STATES JUDGE