FILED

2:36 pm, 4/17/24

Margaret Botkins
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

MO POW 3, LLC and MO POW 4, LLC,

　　　　Plaintiffs,

vs.

CRYPTO INFINITI LLC,

　　　　Defendant.

Civil Action No. 1:22-CV-00155-KHR

### ORDER GRANTING IN PART AND DENYING IN PART
### *PLAINTIFFS' MOTION FOR MANDADTORY DISPUTE RESOLUTION AND STAY OF BRIEFING*

**THIS MATTER** comes before the Court on *Plaintiffs' Motion for Mandatory Dispute Resolution and Stay of Briefing* [DOC 68] and *Defendant's Response in Opposition to* Plaintiffs' Mandatory Dispute Resolution and Stay of Briefing, filed April 17, 2024. Having reviewed the file and being otherwise fully advised, the Court finds the Plaintiffs' Motion should be GRANTED in part and DENIED in part.

**IT IS HEREBY ORDERED** that parties shall jointly contact Judge Hambrick's chambers on or before April, 22, 2024, to schedule a mediation at a mutually agreeable time.

**IT IS FURTHER ORDERED** that the Parties' deadline to file their respective opening briefs remains on April 19, 2024. The response and reply deadlines are stayed pending the outcome of the mediation. Should the mediation be unsuccessful, responses will be due fourteen (14) days thereafter and any replies due within seven (7) days of the new response deadline.

DATED this 17th day of April 2024.

_____
KELLY H. RANKIN
UNITED STATES DISTRICT JUDGE