

FILED

11:01 am, 8/6/24

**Margaret Botkins
Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| MO POW 3, LLC and MO POW 4, LLC, <br><br> Plaintiffs, <br><br> vs. <br> CRYPTO INFINITI LLC, <br><br> Defendant. | Case No.  22-CV-155-KHR |

## ORDER RE STATUS CONFERENCE AND SCHEDULING

On August 6, 2024, the Court held a status conference regarding the recent Order for Experts and Further Briefing on Damages. [ECF No. 79]. After discussion, the Court set a deadline of October 4, 2024, for Mo Pow 4 to file their expert report. Crypto Infiniti shall file their report on or before November 20, 2024. On November 26, 2024, there will be an additional status conference to discuss how the case shall proceed. The parties shall meet and confer before the status conference to discuss how the case should proceed and consider what issues will need to be addressed at the status conference.

Dated this 6th day of August, 2024.

_____
Kelly H. Rankin
United States District Judge