**FILED**

11:51 am, 8/6/24

**Margaret Botkins
Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

MO POW 3 LLC et al

                                        Plaintiff,

vs.                                                     Case Number:  22-CV-155-KHR

CRYPTO INFINITI LLC

                                        Defendant.

## CIVIL MINUTE SHEET STATUS CONFERENCE

☑ Status Conference Only

Date: 08/06/2024     Time: 10:00 - 10:16 AM

| Kelly H. Rankin | MiYon Bowden | Jan Davis | Joseph Layzell |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)     Kasey Schlueter, Jeffrey Pope

Attorney(s) for Defendant(s)     Kari Hartman

Other:

Court held a telephonic status conference to discuss the Court's Order for Experts and Further Briefing on Damages [79], and the next steps regarding determinations of damages for both parties.  Parties informed that an Amended order will be entered, to include a couple of corrections.  Court determined that Plaintiff's expert designations will be due no later than 10/4/24, and defendant's designations due no later than 11/20/24.  Court will set a further status conference for 11/26/24 at 10:00 AM.  Order to be entered reflecting these dates.