# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| MO POW 3, LLC and MO POW 4, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>CRYPTO INFINITI LLC,<br><br>    Defendant. | Civil Action No. 1:22-CV-155-KHR |

## ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE EXPERT DESIGNATIONS

THIS MATTER having come before the Court on Plaintiffs' Motion for Extension of Time to File Expert Designations, and the Court having read the Motion, being fully advised in the premises, and for good cause shown:

IT IS HEREBY ORDERED that Plaintiffs' Motion for Extension of Time to File Expert Designations is GRANTED. Plaintiffs shall have up to and including October 18, 2024, in which to file their Expert Designations.

ORDERED this _____ day of October, 2024.

                                                UNITED STATES DISTRICT COURT JUDGE

33066828_v1