Jeffrey S. Pope (Wyo. State Bar # 7-4859)
Kasey J. Schlueter (Wyo. State Bar # 8-6521)
HOLLAND & HART LLP
2020 Carey Avenue, Suite 800
P.O. Box 1347
Cheyenne, WY 82003-1347
Telephone: 307.778.4200
Facsimile:  307.778.8175
JSPope@hollandhart.com
KJSchlueter@hollandhart.com

ATTORNEYS FOR PLAINTIFFS/COUNTER DEFENDANTS
MO POW 3, LLC AND MO POW 4, LLC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| MO POW 3, LLC and MO POW 4, LLC, <br><br>  Plaintiffs/Counter Defendants, <br><br>  v. <br><br> CRYPTO INFINITI LLC, <br><br> Defendant/Counter Claimant. | Civil Action No. 1:22-CV-155-KHR |

### PLAINTIFFS/COUNTER DEFENDANTS' UNOPPOSED MOTION
### FOR LEAVE TO FILE NON-PUBLIC DOCUMENTS

Plaintiffs/Counter Defendants MO POW 3, LLC and MO POW 4, LLC (MO POW), by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 5.2 and U.S.D.C.L.R. 5.1(g), hereby respectfully move the Court for leave to allow MO POW to file the Expert Report in support of its Expert Designations as non-public. In support, MO POW states as follows:

1. MO POW's Expert's Report relies on confidential commercial documents like contracts and revenue projections. Additionally, the Expert's Report contains information from such documents. These documents and the information in them could harm MO POW's commercial position if they were available to the public.

2.        Although the Court has not entered a protective order in this case, the parties are working on finalizing a stipulated form of protective order that would get filed as soon as it is completed. Many of the documents relied on and discussed in the report will be designated as Confidential assuming the Court enters the Protective Order. As a result, the parties have acknowledged the need for confidentiality in this phase of the case.

3.        Therefore, MO POW requests the Court permit MO POW to file the Expert Report in support of its Expert Designations as non-public.

4.        MO POW's counsel has conferred with counsel for Defendant/Counter Claimant Crypto Infiniti LLC who do not oppose this motion.

A proposed form of Order is filed herewith for the Court's convenience.

DATED: October 11, 2024.

*/s/ Jeffrey S. Pope*
Jeffrey S. Pope (Wyo. State Bar # 7-4859)
Kasey J. Schlueter (Wyo. State Bar # 8-6521)
HOLLAND & HART LLP
2020 Carey Avenue, Suite 800
P.O. Box 1347
Cheyenne, WY 82003-1347
Telephone: 307.778.4200
Facsimile:  307.778.8175
JSPope@hollandhart.com
KJSchlueter@hollandhart.com

ATTORNEYS FOR PLAINTIFFS/
COUNTER DEFENDANTS
MO POW 3, LLC AND MO POW 4, LLC

33192715_v1