IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| MO POW 3, LLC and MO POW 4, LLC,<br><br>Plaintiffs/Counter Defendants,<br><br>v.<br><br>CRYPTO INFINITI LLC,<br><br>Defendant/Counter Claimant. | Civil Action No. 1:22-CV-155-KHR |

**ORDER GRANTING PLAINTIFFS/COUNTER DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE NON-PUBLIC DOCUMENTS**

THIS MATTER having come before the Court on Plaintiffs/Counter Defendants MO POW 3, LLC and MO POW 4, LLC's (MO POW) Unopposed Motion for Leave to File the Expert Reports in support of its Expert Designations as non-public.

IT IS HEREBY ORDERED that MO POW's Unopposed Motion for Leave to File Non-Public Documents is GRANTED.

ORDERED this ___ day of October, 2024.

US MAGISTRATE JUDGE SCOTT P. KLOSTERMAN

33192917_v1