

FILED

**Margaret Botkins**
**Clerk of Court**

4:04 pm, 10/11/24

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| MO POW 3, LLC; MO POW 4, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>CRYPTO INFINITI LLC,<br><br>Defendants. | Case No. 1:22-CV-00155-KHR |

**ORDER GRANTING PLAINTIFFS/COUNTER DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE NON-PUBLIC DOCUMENTS**

This matter is before the Court on Plaintiffs/Counter Defendants MO POW 3, LLC and MO POW 4, LLC's (collectively "MO POW") *Unopposed Motion for Leave to File the Expert Reports in support of its Expert Designations as non-public* ("*Motion*") (ECF No. 89). Finding that MO POW has properly requested leave to file non-publicly under U.S.D.C.L.R. 5.1(g), Plaintiffs' *Motion* is **GRANTED**.

Therefore, **IT IS HEREBY ORDERED** that MO POW is permitted to file its expert reports in support of its expert designations as non-public.

Dated this <u>11th</u> day of October, 2024.

*Scott P. Klosterman*
Scott P. Klosterman
United States Magistrate Judge