Jeffrey S. Pope (Wyo. State Bar # 7-4859)
Kasey J. Schlueter (Wyo. State Bar # 8-6521)
HOLLAND & HART LLP
2020 Carey Avenue, Suite 800
P.O. Box 1347
Cheyenne, WY 82003-1347
Telephone: 307.778.4200
Facsimile:  307.778.8175
JSPope@hollandhart.com
KJSchlueter@hollandhart.com

ATTORNEYS FOR PLAINTIFFS/COUNTER DEFENDANTS
MO POW 3, LLC AND MO POW 4, LLC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| MO POW 3, LLC and MO POW 4, LLC, <br><br> Plaintiffs/Counter Defendants, <br><br> v. <br><br> CRYPTO INFINITI LLC, <br><br> Defendant/Counter Claimant. | Civil Action No. 1:22-CV-155-KHR |

**STIPULATED MOTION FOR
PROTECTIVE ORDER**

Plaintiffs/Counter Defendants MO POW 3, LLC and MO POW 4, LLC (MO POW) and Defendant Crypto Infiniti, LLC (Crypto), by and through their respective undersigned counsel, hereby move the Court to enter the accompanying Stipulated Protective Order. This protective order specifies the conditions under which private, sensitive, and/or legally confidential documents and information must be exchanged, used, and protected in this litigation, and authorizes the parties to disclose that information subject to certain conditions. This protective order is justified by Federal Rule of Civil Procedure 26(c) and relevant case law and is necessary for the parties to share documents without incurring unnecessary costs and delays associated with litigating the issues resolved by the Stipulated Protective Order.

Because prompt entry of the protective order authorizing the parties to disclose such records is necessary for the conduct of discovery in this action, the parties respectfully request that the attached Stipulated Protective Order be adopted by order of the Court.

DATED: October 14, 2024.

/s/ Jeffrey S. Pope
Jeffrey S. Pope (Wyo. State Bar # 7-4859)
Kasey J. Schlueter (Wyo. State Bar # 8-6521)
HOLLAND & HART LLP
2020 Carey Avenue, Suite 800
P.O. Box 1347
Cheyenne, WY 82003-1347
Telephone: 307.778.4200
Facsimile:  307.778.8175
JSPope@hollandhart.com
KJSchlueter@hollandhart.com

ATTORNEYS FOR PLAINTIFFS/
COUNTER DEFENDANTS
MO POW 3, LLC AND MO POW 4, LLC


/s/ Matthew D. Kaufman
Matthew D. Kaufman, WSB #6-3960
Tyler J. Garrett, WSB #6-4400
Melissa K. Burke, WSB #7-5694
Kari Hartman, WSB #8-6507
Hathaway & Kunz, LLP
P.O. Box 1208
Cheyenne, WY 82003-1208
(307)634-7723
(307) 634-0985 (fax)
mkaufman@hkwyolaw.com
tgarrett@hkwyolaw.com
mburke@hkwyolaw.com
khartman@hkwyolaw.com

ATTORNEYS FOR DEFENDANT/COUNTER
CLAIMANT CRYPTO INFINITI LLC

33192996_v1