# EXHIBIT A

| | |
|---|---|
| _____ | Case No. _____ |
| Plaintiff(s), | District Judge Kelly Rankin |
| v. | Magistrate Judge Scott Klosterman |
| _____ | |
| Defendant(s). | |

**DECLARATION OF** _____ [Name of Declarant]:

I, _____, declare as follows:

1. My address is _____.

2. If I am an expert, investigator, advisor, or consultant, a copy of my curriculum vitae is attached.

3. My present employer is _____.

4. My present occupation or job description is _____.

5. I have received a copy of the Stipulated Protective Order entered in this action on _____.

6. I have carefully read and understood the provisions of the Stipulated Protective Order.

7. I agree to comply with all of the provisions of the Stipulated Protective Order.

8. I agree to hold in confidence, not to disclose to anyone not designated in the Stipulated Protective Order and will use only for the purposes of assisting in the resolution of this action, any information or documents designated as "CONFIDENTIAL".

9. I agree to return all documents designated as "CONFIDENTIAL" that may come

2

into my possession, and documents or things which I may prepare relating thereto, to counsel for the party who disclosed or furnished such documents to me promptly upon the request of counsel for all parties or, if applicable, upon the request of counsel by whom I have been retained, or upon the conclusion of this action.

      10.    I hereby submit to the jurisdiction of this Court for the purposes of enforcement against me of the terms of the Stipulated Protective Order and of the terms of this Declaration.

      11.    I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ in _____.

_____
(Signature)