# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



FILED

1:58 pm, 12/3/24

**Margaret Botkins**
**Clerk of Court**

MO POW 3 LLC et al

Plaintiff,

vs.

Case Number: 22-CV-155-KHR

CRYPTO INFINITI LLC

Defendant.

## CIVIL MINUTE SHEET STATUS CONFERENCE

☑ This Minute Sheet also contains a Minute Order   ☑ Status Conference Only

Date: 12/03/2024   Time: 1:03 - 1:19 PM   (Minute Order included)

| Kelly H. Rankin | MiYon Bowden | Jan Davis | John Conder |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)   Jeffrey Pope

Attorney(s) for Defendant(s)   Tyler Garrett

Other:

The Court held a telephonic status conference. After hearing from the parties, the Court set a January 24, 2025, deadline for the parties to file any Daubert motions challenging expert designations, or to file a notice that no such motions are necessary. Responses to any Daubert motions shall be filed by February 7, 2025, or fourteen days after the filing of the motion, with any reply due seven days thereafter. The Court also set a telephonic status conference for March 6, 2025, at 2:00p.m.