EXHIBIT A

*AB Litigation Services*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

Civil Action No. 1:22-CV-00155-KHR

-------------------------------------------------------

ZOOM 30(b)(6) DEPOSITION OF MO POW 3, LLC, AND
MO POW 4, LLC, BY THOMAS GUEL, AND THOMAS GUEL,
INDIVIDUALLY - November 15, 2023

-------------------------------------------------------

Plaintiffs:

MO POW 3, LLC AND MO POW 4, LLC,

v.

Defendant:

CRYPTO INFINITI, LLC.

-------------------------------------------------------

APPEARANCES:

        HOLLAND & HART, LLP
             By Jeffrey S. Pope, Esq.
                 2515 Warren Avenue, Suite 450
                 Cheyenne, Wyoming 82001
                   Appearing via Zoom on behalf of
                   Plaintiffs

        HATHAWAY & KUNZ, LLP
             By Tyler J. Garrett, Esq.
                 2515 Warren Avenue, Suite 500
                 Cheyenne, Wyoming 82001
                   Appearing via Zoom on behalf of
                   Defendant

*AB Litigation Services*

```
 1   data centers for that for a couple of years.

 2        Q    Okay.  And let's go through those.  Are

 3   you referring to MO POW 1 through 4?

 4        A    Those would be included, yes.

 5        Q    What others?

 6        A    There's a site in Texas.

 7        Q    And what's that one called and what

 8   entity runs that?

 9        A    It is unrelated to MO POW 3 and 4.

10        Q    Okay.  But could you answer my question,

11   please?

12        A    I believe that's owned by Amalgamated.

13        Q    So other than MO POW -- or MO POW 1

14   through 4 and the Texas site, that consists of your

15   experience in the crypto industry?

16        A    Correct.

17        Q    Would it be fair to say you don't have

18   much experience in the crypto industry?

19        A    I don't think that's fair to say.

20        Q    All right.  Tell me why.

21        A    You've got multiple -- multiple examples

22   of experience that you just mentioned.

23        Q    You tell me.  Let's go through them.

24        A    I just told you.  You've got multiple

25   LLCs for a number of years operating in the space.
```

1    continue on so we don't waste all day here if

2    that's possible.  We can get the answer for that.

3    I just need to double-check.  Let's push forward.

4    At the next break, I'll find out; is that fair?

5        Q    Yeah, that's fair.  We're going to

6    approach the lunch hour anyhow, so that will be a

7    good time to do it.

8             Aside from the project with Crypto

9    Infiniti at the site at 5501 East Farm Road 112,

10   Strafford, Missouri, what other projects was MO POW

11   4 involved in?

12       A    None.

13       Q    Did MO POW 4 actually provide any hosting

14   services to Crypto Infiniti as set forth in the

15   master hosting services agreement?

16       A    No.

17       Q    Let's talk about the MO POW 4 site, and

18   that one is at 5501 East Farm Road 112, Strafford,

19   Missouri.  What was the status of the site when the

20   contract was entered into with Crypto Infiniti?

21   And by "status," I mean -- I think we all know what

22   I mean at this point -- the physical development of

23   the site for hosting services.

24       A    As it relates to Crypto Infiniti?

25       Q    Correct.