

**FILED**

**Margaret Botkins**
**Clerk of Court**

9:37 am, 7/28/25

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| MO POW 3, LLC and MO POW 4, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>CRYPTO INFINITI LLC,<br><br>Defendant. | Case No. 22-CV-155-R |

# FINAL JUDGMENT

    The Court, having found that Mo Pow 4, LLC is not entitled to any damages, [ECF No. 122], entered on July 28, 2025, along with its Order on Cross Motions for Summary Judgment, [ECF No. 64], entered on February 20, 2024, and its Order for Experts and Further Briefing, [ECF No. 79], entered on August 6, 2024, all of which are fully incorporated by reference, and with all causes of action having been disposed of,

    IT IS ORDERED that Final Judgment is hereby entered in accordance with [ECF No. 64] and this action is closed.

    IT IS FURTHER ORDERED that Mo Pow 4, LLC is not entitled to damages from Crypto Infiniti, LLC.

    IT IS FURTHER ORDERED that Mo Pow 3, LLC is liable to Crypto Infiniti, LLC in the sum of $2,992,392.86.

    Dated this 28th day of July, 2025.

Kelly H. Rankin
U.S. District Judge